**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

Plaintiff,

v.

D-3 Jordan Gilmore,

Defendant.
_______________________________/

Criminal No. 23-20470

Honorable Mark A. Goldsmith

# Government's Sentencing Memorandum for D-3 Jordan Gilmore

Jordan Gilmore is a founder and original member of the Purple Heart Vets (PHV), a violent street gang involved in conspiracies to murder, attempted murder, robberies, drug trafficking, and fraud. To join the PHV, one must kill. As he explained, "[g]o catch a body [kill someone]" because "you can't just get jumped in or out [of the PHV]." (Ex. 1, 1). Gilmore was involved in shootings, gang violence, and conspiracies to murder rival gang members. The Court should sentence him to 188 months.

## I. Facts

### a. The PHV is a criminal enterprise founded on violence.

To join the gang, one must "earn" a "Purple Heart": "You gotta get you a kill[,] you want a Purple Heart[,] gotta earn that type of shit"—"Go catch a body [kill someone] you want that Purple Heart you can't just get jumped in it 💜 💜 💜

🦶🏾🦶🏾🦶🏾." (*Id.* at 2-3). The PHV demands violent retaliation from its members because they are "brothers" and "beef wit (sic) one [is] beef with all… if my Opps ain't yo (sic) Opps you can't come around." (*Id.* at 4). And other PHV members confirmed this in a PHV group chat: When D-2 Trevon Mathis said that D-1 Devin King was "beefing with the whole world[,]" an unindicted PHV member responded, "N now that means we beefing with da world." (*Id.* at 5). The PHV define beef as when "y'all really wanna kill each other[.]" (*Id.* at 6). King confirmed this, stating, "Love you gang tell sticks keep them Opps from around cause we shooting at every time we catch one" and he "want[ed] no confusions." (*Id.* at 7). When describing the definition of an "opp," Gilmore (on Instagram as "43.jb") underscored the PHV's expectation of violence against the gang's rivals. (*Id.* at 8). But Mathis told Gilmore, King, D-4 Devon Hill, D-5 Vincent McKinney, and other PHV members that he wanted the gang to be known for more than just killing people: "I don't want to be know[n] as the guys with all the bodies under his belt[,] I wanna be known for how much wealth he go[t]… Oh he ride with the purple foot gang they kill people…But they ain't said we got any money." (*Id.* at 9).

The PHV views Detroit as a warzone and uses military terminology to promote the gang, describing feuds with rival gangs as "war." PHV members also show their gang affiliation and promote the PHV by displaying Purple Hearts ("💜") on social media. Below are a few examples from Gilmore's social media:

- “Them [foot emoji] and 💜 came from us”
- “you ain’t drill shit you can’t hang” with a photo of Gilmore, Trevon Mathis, Vincent McKinney, and other PHV members.
- “I’ll do ah L [loss] for mines 💜” and “FRONTLINE 💜 💜 💜 💜” with a photo of Gilmore, Vincent McKinney, Devin King, and Devon Hill in front of the PHV drug house on Prevost.










(*Id.* at 10-12). Before posting a 💜, one must first “earn” a Purple Heart: “You gotta have a kill to post 💜.” (*Id.* at 13). Only founding members, like Gilmore, can distribute Purple Hearts. (*Id.* at 14).

Devin King named Gilmore as someone “that’s gone (sic) kill” for him and “do drills [shootings]” with him. (*Id.* at 21). Gilmore confirmed this in a 2022 PHV group chat (identified as “43”), explaining that he shot “opps” in more “drills” in the last three years than another PHV member and used every gun he had (except for his current gun) in a shooting. (*Id.* at 15-20). In another conversation, Gilmore explained

that he "kn[e]w what [his] brothers died for" and cautioned an Instagram user that was "play[ing] a dirty game[,]" which is "how n---- die out here[.]" (*Id.* at 22).

Further, as part of the PHV racketeering conspiracy, Gilmore agreed to help PHV members target rival gang members, shared rivals' locations, and shot "opps." For example, in an August 31, 2021 PHV group chat, Devin King stated that he saw rival gang members and was ready to shoot ("fap") them. (*Id.* at 24). Gilmore ("Big 4") immediately responded, "I'm on my way." (*Id.* at 25). Gilmore then asked for the truck's description. (*Id.* at 26). Other gang members, including Devon Hill, asked for a ride, and King said to hurry up and "bring some guns." (*Id.* at 25-28). Additionally, in private chat messages, Gilmore ("43") admitted to gang members that he "popped" [shot] ten rival gang members and he shot "opps." (*Id.* at 15-20, *id.* at 29-31). And after the murder of B.C., a PHV member, Gilmore explained that he was "looking for a[n] opp." (*Id.* at 32).

Gilmore also contacted PHV members for armed assistance when he saw an "opp in here with blick [gun]… just clutched on me." (*Id.* at 33). Gilmore gave his location, and a PHV member asked, "Wats (sic) the move you want n----- to try to come up there?" (*Id.* at 34-35). Gilmore responded, "If you got a blick [gun]." (*Id.* at 35). The PHV member responded, "Got a blick [gun] don't have a ride who driving?" (*Id.*). Gilmore explained that he was "heated" and "buying blick [gun] tomorrow." (*Id.* at 36). Trevon Mathis made sure that Gilmore was doing countersurveillance, and he

later sent a message, "Glock 22 600 4 [Gilmore]." (*Id.*at 36-37). Gilmore responded, "I want it." (*Id.*).

Gilmore also promoted the PHV gang, its reputation for violence, honored murdered PHV members, and "dissed" PHV rivals in his rap music. His rap videos feature PHV members and associates, firearms, cash, expensive cars and jewelry, and the gang's territory, including a PHV drug house on Prevost. His lyrics discuss violent retaliation, shootings, "drills," being a PHV during "war," using "dracs" [AK-style firearms], "switches" [automatic firearms], trying to find "opps" with his "drac," and how the "taste of that first blood really turned [him] to a monster." (*Id.* at 38, Ex. 3-5).

**b. Gilmore and PHV members conspired to murder Band Gang.**

On November 12, 2020, Gilmore, Vincent McKinney, and two others were leaving a recording studio when Band Gang members shot at them. (Presentence Investigation Report "PSR" ¶ 55, 12). Gilmore was driving a black Jeep, and two men inside the Jeep were shot—one in the forearm, and the other in the temple, right arm, upper thigh, and back. (*Id.*). A witness told police that someone inside the Jeep discarded a backpack in a nearby parking lot after the shooting. (*Id.*). Officers found the backpack, which had an AK-47 rifle and two semi-automatic handguns. (*Id.*). Around Gilmore's Jeep and leading into the parking lot, officers found at least 50 shell casings, some of which generated leads in NIBIN to member of Band Gang, a PHV rival gang. (*Id.*). Below are photos of some of the damage to Gilmore's Jeep.



*Driver-side rear window*



*Driver-side front window*



*Front view*



*Driver-side view*

(Ex. 1, 39-40). McKinney later posted an Instagram story showing the bullet holes in the Jeep, stating, "N----- ah never get another chance to take me out… [foot emoji]":






(*Id.* at 41).

Between August 23, 2020, and November 9, 2020, Gilmore posted several stories on Instagram of two firearms matching the description of two of the recovered firearms in the backpack. (PSR ¶ 55, 12). Below are photos of Gilmore's Instagram stories and photos of two recovered firearms.





*August 23, 2020* *November 3, 2020* *November 9, 2020*



*Recovered firearm*




*Recovered firearm*

(Ex. 1, 42-45).

Shortly after the November 12 shooting, Devon Hill sent an Instagram message that "they just pop JB [Gilmore] up top man" and "[i]f you beefing with somebody killed them." (*Id.* at 46). Hill also sent a message to Gilmore ("43.jb"), stating, "Love you boy stay safe we can't take no lose (sic) man real shit." (*Id.* at 53). Gilmore responded, "love you too gang i'm staying dangerous fasho [for sure] this s---otf [on the floor]." (*Id.* at 53). Hill replied, "You know where I stand just give me that time in (sic) place in (sic) it's on." (*Id.*). Gilmore confirmed, "[I]t's on." (*Id.*).

That day, Gilmore spoke with a PHV associate in several video chats, and later that evening, Gilmore asked where he was. (*Id.* at 47-49). The PHV associate then asked, "You tryna (sic) go do that?" (*Id.* at 49). Gilmore responded, "Yeah I gotta get dot [McKinney] [s]o I need something fast." (*Id.*). The PHV associate asked if he needed firearms, and Gilmore responded that he needed a "whip" [car]. (*Id.*). The PHV associate asked if he had a rental car, and Gilmore responded, "I'm knowing I ain't moving around in no fish bowl rn [right now] ah n---- tried to take me out." (*Id.*).

The next day, in an Instagram conversation with another PHV member, the PHV member told Gilmore to "[f]ind them where abouts bro like no bs [bulls---] we gotta get on that… Like frfr [for real for real] Jb [Gilmore]." (*Id.* at 52). Gilmore responded, "Fasho [for sure] gotta get on it." (*Id.*). The PHV member replied, "Do your research every day until you find sumn [something] idgaf [I don't give a f---] if it

ain't no main n---- or not." (*Id.*). Gilmore responded, "I'm knowing I got some shit fr [for real]." (*Id.*). The PHV member stated, "Let's peep whatever you got tonight or you wanna wait." (*Id.*). Gilmore responded, "Nah Damn near tonight." (*Id.*). The PHV member replied, "Bet [okay] ima [I'm going to] call you in a couple hours then." (*Id.*). A few hours later, the PHV member asked where Gilmore was, and the PHV member said he was in the "hood." (*Id.*). He then asked Gilmore "wat (sic) you tryna do?" Gilmore and the PHV member had a video chat and the PHV member sent two unviewable messages. (*Id.*). After Gilmore's arrest in this case, Gilmore told other PHV members that agents "read specific messages about me and [another PHV member] talking about getting back." (*Id.* at 81, Ex. 8A). Gilmore also mentioned that agents asked how PHV started feuding with Band Gang, and Gilmore said he told them, "I don't know what you're talking about." (*Id.*, Ex. 8B). Devon Hill then responded, "Don't say shit to me about nobody else." (*Id.*, Ex. 8B).

Gilmore also posted several Instagram stories about the November 12 shooting:

- "**I should've geeked up y'all head** [crying laughing emoji]"
- "Y'all n----- be Shaq at the free throw with y'all shooting [three crying laughing emojis] like that close [hands up emoji crying laughing emoji.]"
- A photo of himself with a hand over his face with the caption, "They **dropped like 50 in my whip nobody died** n----- ROOKIES [crying laughing emoji] **you'll never hear me getting stepped on by no p----** [foot emoji] #43va #24 #AskAboutMe #Yoppppp."

(Ex. 1, 54-56) (emphasis added).

On November 16, 2020, PHV member, L.A., Trevon Mathis's brother, was murdered at the gang's drug house on Prevost. (PSR ¶ 57, 12). Later that day, Mathis informed PHV members, including Gilmore, that L.A. died.[1] (Ex. 1, 57, 59). PHV members discussed their disbelief and how they would have taken a bullet for L.A. (*Id.* at 60). Several hours later, a PHV member asked who was up, sent an unviewable image, and said, "He threw (sic)." (*Id.* at 61). Another PHV member responded, "Me" and "Let's go." (*Id.* at 62). PHV members agreed to meet at the gang's drug house on Prevost in a few hours. (*Id.*). Mathis told PHV members that he needed the gang's help to protect the candlelight vigil for L.A., requesting PHV members "[o]n the street heavy press" to "patrol the area." (*Id.* at 63). That night, Gilmore also posted an Instagram story: "gotta stay 10 steps ahead in any situation cause u just never know [hands up emoji] fashoooo [for sure]." (*Id.* at 64). The next day, Gilmore continued to post several Instagram stories about L.A.'s murder. (*Id.* at 65). And D-6 Malik Thomas sent Gilmore a message, "Love you gang stay f------ dangerous my baby." Gilmore responded, "I love you too stay safe this shit otf [on the floor]." (*Id.* at 66).

The following days, Gilmore posted Instagram stories about retaliation: "Nomo [no more] crying **it's on gang** 4" and "on soul I see everything and hear everything ima get up with everybody in due time [celebrating emoji] and **I'm dying**

---

[1] Exhibit 1's timestamps are in UTC. For Eastern Time during the summer (Daylight Saving Time) the conversion is UTC time minus four hours, and for the winter, it is UTC time minus five hours.

**bout it.**" (*Id.* at 67-68) (emphasis added). Gilmore also posted a photo of L.A. with two purple heart emojis. (*Id.* at 68). Other PHV members also posted Instagram stories about retaliation:

- "We a **small family** [heart emoji] [L.A.] **you know we finna (sic) step til the drac [Draco] melt I can promise that**"
- "ima stop droppin these tears and **begin droppin you n-----**"
- "They say **death come in threes** and I just lost a Brother for the second"
- "[L.A.] I got trig [Trevon Mathis] don't even worry bout (sic) it **we ride together we die together**"
- "My brother cried in my arms **all I was thinking was going to kill a n----** [foot emojis]"
- "**Retaliation is a must** [broken heart emojis]"
- "Let ah n---- play and mention [L.A.] with the words opp pack and **I'm smoking yo whole family** on my soul"
- A photo of a suspected pistol with the caption "**[L.A.] I stand on yo name** [foot emoji broken heart emoji]"
- A photo of Vincent McKinney with a suspected firearm and the caption, "The day my momma lose me [heartbroken emoji] **y'all boyz slide on everything press up on everything** [foot emoji]."

(*Id.* at 69-72) (emphasis added).

On November 30, 2020, Trevon Mathis sent a message in a PHV group chat including Gilmore, stating that Band Gang claimed responsibility for L.A.'s murder, and PHV members agreed to violent retaliation. (*Id.* at 73-75).[2]

[2] The exhibit and chat messages say December 1, 2020, but with the UTC conversion to Eastern Time, the conversation took place on November 30, 2020.

By June 2021, Devin King explained that the PHV were at "war," their issues with Band Gang were at an "all time high," and they were "f------- them boys up." (*Id.* at 76, Ex. 6). On July 28, 2021, Gilmore commented on a post about a Band Gang member, and Trevon Mathis stated, "He talking about he been bending Prevost[,]" the location of a PHV drug house. (*Id.* at 77). Gilmore responded, "Lol man… I'm finna (sic) come out." (*Id.*). Mathis replied, "Me to[o]." (*Id.*). In April 2022, during a recorded prison call, King stated that Gilmore "is beefing with the Band Gang n----- and s---." (*Id.* at 79, Ex. 7). In August 2022, in a PHV group chat, a PHV member said that he "hammed" a Band Gang member who had "set [Gilmore] up." (*Id.* at 80). Gilmore stated, "Yeah I'm smoking [shooting] him when I catch him." (*Id.*).

**c. Conspiracy to murder Don't Worry 'Bout It (DWBI)**

In October 2020, after Gilmore posted Vincent McKinney on Instagram, McKinney informed Gilmore that DWBI members were watching his social media and one tried to call him. (*Id.* at 82). A few days later, Gilmore shared an Instagram story with the caption, "Y'all Know To Be A [foot emoji] You Gotta Drill [Shoot] Something [pondering face emoji] Who Have Y'all N----- Really [Foot Emoji.]" (*Id.* at 83).

On November 25, 2020, Devin King informed PHV members that a DWBI member just tried to shoot at him. (*Id.*at 84-85). King stated, "Bro don't even say nothing to them n----- bro let's just kill ema [them all]." (*Id.* at 86). Mathis responded that he was going to "check" them for talking about his murdered brother, L.A.,

explaining, "u gotta rock em (sic) to sleep slow just watch me." (*Id.*). Malik Thomas said that "they all can die" for speaking ill about L.A. (*Id.* at 87). Devon Hill responded, "It's on." (*Id.* at 88). King confirmed, "But idc [I don't care] it's on." (*Id.* at 89).

Four days later, there were three shootings involving the PHV and DWBI. First, on November 29, 2020, at 2:29 am, a PHV associate shot a DWBI member at a gas station. (PSR ¶ 59, 13). Later that afternoon, a PHV member, J.H., was shot while driving. (*Id.*). Shell casings from the scene are linked through NIBIN to DWBI members. (*Id.*). That evening, PHV members discussed the DWBI member responsible for the shooting. (*Id.*; Ex. 1, 90). Devon Hill sent PHV members a location identified as the DWBI member's "crib" and instructed the others to save the location then delete the message. (Ex. 1, 91-92). PHV members congratulated Hill for working quickly to find the address, then Trevon Mathis directed members about how to sneak up on the house. (*Id.*). Devin King confirmed, "It's on." (*Id.* at 92). Approximately four hours later, a shooting occurred at a gas station on West Seven Mile and Southfield Freeway, one mile from the DWBI member's house. (PSR ¶ 59, 13). Officers later recovered one of the guns used in this shooting from King's car. (*Id.*).

In March 2021, Gilmore discussed a DWBI member's cousin with Vincent McKinney and another PHV member. (*Id.*at 95). The PHV member responded, "F--- it throw him in the rotation." (*Id.*).

More shootings involving PHV and DWBI members occurred between April and July 2021. On April 16, 2021, a shooting occurred at the PHV drug house on Prevost. (PSR ¶ 60, 13). Officers recovered fourteen .45 caliber shell casings, two 5.56 shell casings, and one .45 caliber slug. (*See id.*). In May 2022, officers recovered a .45 caliber gun used in the shooting from Gilmore. (PSR ¶ 65, 14).

Shortly after the Apri1 16 shooting, Trevon Mathis informed PHV members about the shooting. (Ex. 1, 100). Devon Hill said he would come to Prevost soon because "y'all know what time it is." (*Id.*). Devin King told him not to come because there were police everywhere and they did not have an "escape route." (*Id.* at 100-01). Hill told King to let him know when the police leave because "we about to shake the city n----- not about to keep playing with our blocks." (*Id.* at 102). King agreed, "We definitely gotta go shake some s---." (*Id.*). Other PHV members said to let them know about the retaliation plan. (*Id.* at 103-04). Hill responded, "I am not letting n----- go home come get me now." (*Id.* at 105). A PHV member stated, "Mfs [mother f------] have to get info first bro." (*Id.*). King agreed, stating, "Tomorrow we shaking the city." (*Id.*). A PHV member responded, "It's on… I got s--- set up for us we on it." (*Id.*).

In May 2021, Devin King told Gilmore, "Watch how we do n----- this summer." (*Id.* at 107). On June 5, 2021, Gilmore posted a story of a Draco pistol and Glock pistol matching the descriptions of guns used in the July 14 shooting (described in detail below). (*Id.* at 108). On July 4, 2021, Devin King, Trevon Mathis, and other PHV members discussed needing more bullets and running into DWBI members. (*Id.* at 109-10). The PHV later shot one of these identified DWBI members on July 14, 2021 (described below). (*See* PSR ¶ 64, 14).

On July 10, 2021, J.W., a PHV member, was murdered. (*Id.* at ¶ 61, 13). PHV members, including Devin King, participated in a retaliatory shooting on July 11, 2021. (*Id.* at ¶ 62, 13). Officers responded to a Shot Spotter notification of eight rounds fired and then thirteen rounds fired, recovering a .40 caliber and three 7.62x39 shell casings. (*Id.*). Officers also saw a nearby Chrysler van with two bullet marks on the driver-side front panel, broken glass, and a bullet hole in the van's steering column. (ECF No. 16: Written Proffer, PageID.88). The next day, on July 12, 2021, King sent a message to PHV members including Gilmore, Devon Hill, Vincent McKinney, and Malik Thomas, stating, "They picking up them shells from yesterday[.]" (Ex. 1, 111).

On July 13, 2021, King posted a photo of himself, J.W., and another individual, with the caption, "Soon as I heard the news me and the guys went an[d] suited up spinning blocks until 5 am . . .On my mama[.]" (*Id.* at 112). Gilmore posted an

Instagram story calling King the "mvp" and saying, "I'm still on call and ah be that helping hand when he need it 💜 And he kno[w.]" (*Id.* at 123). King then shared Gilmore's story, adding the caption, "WHAT'S UNDERSTOOD DON'T GOTTA BE EXPLAINED 💜 [FOOT EMOJI] THEY KNO THEM VETS TRAINED TO [LIPS SEALED]" then Gilmore shared King's story, adding, "Whole hearts [face covered emoji] 💜." (*Id.*).







One day later, the PHV attempted to kill a DWBI member, C.P., during a drive-by shooting at a gas station. (PSR ¶ 64, 14). Less than two hours before the shooting, in the PHV group chat, King stated, "We preparing for war gang." (Ex. 1, 113). A phone Gilmore was using at that time shows that he was at the gang's drug house on Prevost less than 20 minutes before the shooting. (*Id.* at 117).

Around 9:52 p.m., a black sedan, consistent with King's Ford Fusion, fired shots at C.P.'s Lincoln Navigator as C.P. attempted to leave the gas station. (PSR ¶ 64, 14). The Navigator then crashed into a nearby pole, and C.P. and the passenger fled on foot. (*Id.*). Surveillance video from the gas station captured the shooting, and a license-plate reader captured King's Fusion near the gas station roughly three minutes before the shooting. (*Id.*). Nearly ten minutes after the shooting, King sent a series of texts about selling his car because it was involved in criminal activity. (*Id.*). Based on historical cell-site location information, King, Trevon Mathis, and Vincent McKinney were together before the shooting and coordinated their movements around the time of and immediately after the shooting. (*Id.*). Gilmore's phone showed that he left Prevost and was on the move within a minute of the shooting. (Ex. 1, 118). And several PHV members spoke on the phone or via text shortly after the shooting. (PSR ¶ 64, 14). Specifically, two minutes after the shooting, Gilmore called King's phone. (*Id.*). Below are several photos from the scene with bullet holes identified in red circles.








(Ex. 1, 120-122).

Later that night and in the days after, PHV members discussed the shooting in a PHV group chat including Gilmore. (*Id.* at 114-16). Approximately two hours after the shooting, Trevon Mathis sent a message about C.P. crashing after the shooting. (*Id.* at 115). Devin King responded, "Team work (sic) make the dream work." (*Id.*). Vincent McKinney later sent a video to King on the Telegram application showing the crashed Lincoln Navigator. (*Id.* at 116). That night, King sent a message to

Gilmore, "I'm going to jail." (*Id.* at 125). Gilmore responded with a crying emoji and later stated, "Nope we ain't doing that gang." (*Id.*). The next day, Gilmore sent an Instagram user a message stating, "Boy stfu [shut the f--- up] we smoking on his dead a—[angel emoji smoke emoji]." (*Id.*). And King posted an Instagram story, "DEM VETS 💜 [foot emoji]." (*Id.* at 126). Two days later, Gilmore posted an Instagram story "Body4body" and "N---- dead as hell jack [crying laughing emoji]." (*Id.* at 128).

The next day, King reshared an earlier post about when he first found out about J.W.'s murder and the PHV "suited up spinning blocks," adding the caption, "AIM AT THE HEAD." (*Id.* at 127). And on a recorded jail call, King admitted "we at war right now." (*Id.* at 129-30). When King discussed J.W.'s death, he explained, "I ain't gonna lie, as soon as it happened, I went and suited up. Jumped right out of here. No cap [lie]. Got on some n----" because as soon as you get that call "it's time to spin." (*Id.* at 131).

PHV members also shared messages and posted on Instagram mocking C.P. For example, three days after the shooting, Vincent McKinney posted a photo of the crashed Navigator with the caption, "somebody teach dat n---- how to park lol." (*Id.* at 134). Gilmore sent King a news article about C.P.'s arrest after fleeing police in a stolen truck. (*Id.* at 136). Malik Thomas also sent an article about C.P.'s arrest to Gilmore with the message "100." (*Id.* at 137).

Over the next days, Gilmore posted stories about the shooting and retaliation:

- "I'm **forever getting my lick back**"
- "That gut feeling ain't never failed me"
- "Never catch a n---- like me lacking and if you do I ain't tripping s--- happens"
- A photo of King, McKinney, and others, with King holding a suspected micro Draco pistol with the caption, "**#FRONTLINE** 💜 WE BE ON ALL 4 [foot emoji]… FRONT LINE"
- "**It's do or die every time I leave the house** and I'm making it home to my kid every night BELIEVE ME"
- "Man **I'm dying about what I believe in** and stand on y'all don't be ready to die so stop playing like it"
- "The only thing that gone take that pain away is if u get racks [blue heart emoji] **I'm forever getting my lick back** 💜"
- A photo of J.W. with a suspected pistol with the caption, "dems n---- **ain't aggressive like us** 💜 [foot emoji]"
- "It's about longevity in this S---.. We gone see who alive 2025 wit all this wolfing y'all n----- doing and be b------ fr [for real]! You willing to leave family hurting to prove yo self to some mfs [mother f------] that don't care shit about you **until you bump into a n---- like me that will end that shit in one second without losing sleep on my granny**."
- A photo of King with a suspected micro Draco pistol with the caption "**Frontline** GBG [get back gang] **vouch that** 💜 **this s--- on the ground**"
- "I'm **still alive** yall mans not"

(*Id.* at 138-144) (emphasis added).

After the July shootings, Devin King posted several Instagram stories about violent retaliation for J.W.'s murder: "I'll **forever choose revenge**. I'll heal in hell" and "**Every move you n----- make we gone retaliate** [shark emoji] 💜 everything I do I do for the Guys!" (*Id.* at 132, 135) (emphasis added). King also saved Instagram

stories mocking DWBI, including a DWBI member's tribute to C.P. from July 14, 2021, and a photo of C.P.'s crashed Navigator. (*Id.* at 124).

On July 29, 2021, DPD arrested Devin King and Trevon Mathis after J.W.'s funeral. (PSR ¶ 67, 14). Law enforcement recovered two firearms and ammunition from King's car. (*Id.*). Through NIBIN, shell casings matched the July 11, 2021 and July 14, 2021 shootings. (*Id.*). There are also photos matching the serial numbers: one from King's phone on July 14, 2021—just hours before the shooting—which was used in both the July 11 and 14 shootings, and one from Mathis's phone in October 2020 matching a second firearm used in the July 14 shooting. (Ex. 1, 145, 148).

Additionally, on July 25, 2021, there was a non-fatal shooting at a candlelight vigil. Officers responded to a shooting in progress and found six gunshot-wound victims on scene. (PSR ¶ 65, 14). That day, Vincent McKinney posted an Instagram story, later shared by Devon Hill and Devin King, stating, "I earned my purple heart 💜 with all the shit I survived[.]" (*Id.*). Through NIBIN, a shell casing from the candlelight shooting matched a casing from the April 16, 2021 shooting at the PHV drug house on Prevost and a firearm recovered from Gilmore in May 2022. (*Id.*).

Below are photos and a screenshot from surveillance video of the candlelight vigil shooting scene:










(Ex. 1, 151-52).

PHV members continued to coordinate violent retaliation against DWBI in August 2021. Devin King sent a message in a PHV group chat that he saw several DWBI members in a truck and was about to shoot them. (*Id.* at 24). Gilmore ("Big 4") immediately responded, "I'm on my way." (*Id.* at 25). Other PHV members gave their locations and asked for a ride. (*Id.* at 24-26). Devon Hill stated, "We about to spin threw (sic) that b-----." (*Id.* at 25). Gilmore asked for a description of the truck,

and another PHV member said he was going to try to grab his Draco firearm. (*Id.* at 26). King told PHV members to hurry and "[b]ring some guns." (*Id.* at 26-27). King then gave a description of the truck. (*Id.* at 27). Trevon Mathis responded, "Here I come." (*Id.*). Malik Thomas asked for a ride, and another PHV member said they were pulling up to the location. (*Id.* at 28). Mathis planned for PHV members to surprise the rival gang members. (*Id.*).

A month later, Gilmore posted an Instagram story of himself, King, McKinney, and another PHV member standing on the porch of the PHV drug house on Prevost with the caption, "4 Deep on the same block ah (sic) flunky killed [L.A.] on [heartbroken emoji foot emoji]." (*Id.* at 78).

The gang war continued into 2022. In July 2022, Trevon Mathis sent the location for DWBI members and said he needed "shells" and told Gilmore to "call jv for that [sw]itch [automatic firearm]." (*Id.* at 146-47). Gilmore responded, "I'm Finna come over there." (*Id.* at 148). King asked if they were ready, and Gilmore said he was on his way. (*Id.*). Mathis confirmed, and King responded, "Let's gooooo." (*Id.*). Approximately forty minutes later, Gilmore stated, "They just shot up where dev [King] at! … Archdale[,]" (the location of a PHV drug house), and King directed PHV members to "suit up." (*Id.* at 149). Gilmore confirmed, "Bet [okay]… 30 mins." (*Id.*).

**d. Additional evidence of Gilmore's gun possession**

On June 20, 2020, five individuals were shot during a drag race in Detroit. (PSR ¶ 71, 15). In a PHV group chat after the shooting, including Gilmore, Devin King, Trevon Mathis, Vincent McKinney, and others, PHV members discussed their locations. (Ex. 1, 153). Mathis sent a video depicting part of the shooting and a message about the PHVs' involvement in the shooting, stating, "We got off fr [for real]." (*Id.* at 154-55, Ex. 11). A PHV associate stated, "Trey [Mathis] you saved my life b----." (*Id.* at 156). Shortly after, a PHV associate said he needed help. (*Id.*). Gilmore asked what happened, and the PHV associate stated, "It's on the floor" and shared his location. (*Id.* at 157). Two people responded that they were on their way. (*Id.* at 158).

The next day, Mathis admitted that PHV were involved in the shootout and sent a video of the shooting to another PHV member, stating, "We got off." (*Id.* at 159-60). The same day, in response to an Instagram message about whether him and his "boys" were "all good" after the shooting, Gilmore responded, "Yeah you know me and mines was front line[,]" further corroborating his presence at and the PHV's involvement in the shooting. (*Id.* at 161). After his arrest in this case, Gilmore spoke with his co-defendants while in a recorded police van. (*Id.* at 162, Ex. 12). Gilmore said that the agents referenced a shooting at the races and told him that Vincent McKinney was there and had a gun used in the shooting. (*Id.*, Ex. 12). Gilmore told his co-defendants that was "my Glock." (*Id.*, Ex. 12).

PHV members continued to talk about the shooting. In 2022, Devin King asked for the video of the shooting. (*Id.* at 163). Mathis sent it, and King responded, "lol bro that s--- excite me that's Best video ever." (*Id.* at 164). Mathis then sent a second video of the shooting and said, "Them n----- shot up are (sic) rental and bill car." (*Id.* at 165). Gilmore responded, "I'm surprised everybody made it out without a bullet how many shots was raining that Night… Trey [Mathis] started that s---." (*Id.* at 166). Mathis replied, "I start s--- them n----- was some h--- and was scared." (*Id.*). Gilmore responded, "Walking around with a choppa [AK-style firearm] out ain't nobody pull out guns til they seen us… That shit was funny doe." (*Id.*).

Further, shortly before his arrest in this case, Gilmore brandished a firearm. (ECF No. 236: Resp., PageID.1198-99; ECF No. 16: Written Proffer, PageID.83). Fixed surveillance captured Gilmore, Vincent McKinney, and a woman holding a child in her arms outside of a house associated with Devin King on August 5, 2023. (*Id.*). Gilmore had a firearm in his waistband and then moved the firearm to his pocket. (*Id.*). About ten minutes later, Gilmore watched a car drive by, reached for the firearm, and brandished the firearm in his hand while the car drove past. (*Id.* at PageID.1199). He then went inside the house with the woman and child. (*Id.*). Shortly after, Gilmore and McKinney left the house. (*Id.*).

## II. Presentence Investigation Report (PSR) objections and responses.

To properly calculate Gilmore's guideline range, the Court must first make findings as to what criminal activities were in furtherance of the RICO conspiracy and

what activities were reasonably foreseeable by Gilmore. *United States v. Tocco*, 200 F.3d 401, 430 (6th Cir. 2000). Then, the Court must determine the offense levels applicable to those offenses and make the appropriate adjustments under Chapter Three of the guidelines. *Id.* (internal citation and quotations omitted). At sentencing, the government's burden of proof is a preponderance of the evidence. *United States v. Voyles*, 995 F.2d 91, 93 n.3 (6th Cir. 1993).

For RICO conspiracy guideline calculations, a defendant's "underlying racketeering activity" includes "relevant conduct" as defined in U.S.S.G. § 1B1.3. *United States v. Tocco*, 306 F.3d 279, 286 (6th Cir. 2002). In the case of jointly undertaken criminal activity, "relevant conduct" includes "all acts and omissions of others" that were (1) "within the scope of the jointly undertaken criminal activity"; (2) "in furtherance of that criminal activity"; and (3) "reasonably foreseeable in connection with that criminal activity" that occurred during the commission of the offense of conviction. U.S.S.G. § 1B1.3. The Court must make particularized findings about the scope of the defendant's agreement and the foreseeability of his conspirators' conduct. *United States v. Campbell*, 279 F.3d 392, 399-400 (6th Cir. 2002) (quoting *United States v. Studley*, 47 F.3d 569, 574 (2d Cir. 1995)).

For a RICO conspiracy, a defendant need not personally commit a racketeering act to be held responsible for it. *Salinas*, 522 U.S. at 64. A defendant needs only to knowingly agree that a conspirator would commit a racketeering act. *Id.* at 62-65.

""[P]lainly, a person may conspire for the commission of a crime by a third person."' *Id.* (quoting *United States v. Holte*, 236 U.S. 140, 144 (1915)). He can be liable for conspiracy "even though he was incapable of committing the substantive offense." *Id.* (citing *United States v. Rabinowich*, 238 U.S. 78, 86 (1915)). And "a conspiracy may exist and be punished whether or not the substantive crime ensues, for the conspiracy is a distinct evil, dangerous to the public, and so punishable in itself." *Id.* (citing *Callanan v. United States*, 364 U.S. 587, 594 (1961)).

**a. Gilmore's guideline calculation should include conspiracy to commit murder.**

Gilmore's guideline calculation should include conspiracies to murder two different rival gangs because each satisfies the three requirements for relevant conduct. *United States v. Corrado*, 227 F.3d 528, 542 (6th Cir. 2000) (internal citations omitted). Specifically, Gilmore should be held responsible for (1) conspiracy to murder Band Gang; (2) conspiracy to murder DWBI; (3) wire fraud; and (4) drug trafficking.[3] There is sufficient evidence to score conspiracies to murder two different rival gangs as relevant conduct for Gilmore based on (1) the gang's requirement to kill or attempt to kill to "earn" a "Purple Heart" and join the gang; (2) the gang's

[3] The United States is seeking to hold Gilmore responsible only for racketeering acts where he was personally involved although he is potentially liable for the foreseeable acts of others in furtherance of the enterprise even if he did not personally participate in them. *United States v. Tocco*, 200 F.3d 401, 430 (6th Cir. 2000) (internal citation and quotations omitted).

commitment to violent retaliation against rival gang members through coordinated attacks; (3) the gang's association with more than 40 shootings;[4] and (4) Gilmore's admissions that he shot rival gang members.

Gilmore is a founder of a gang that requires killing—or is his own words, "catch[ing] a body"—to join. That alone is sufficient to score the conspiracies to murder rival gang members as relevant conduct. Killing clearly falls within the scope of this RICO conspiracy, is in furtherance of it, and is reasonably foreseeable. But there's much more. PHV members—on social media and in private messages with each other—show their commitment to violent retaliation against rival gang members, particularly when PHV members are shot at, injured, or killed. They coordinate armed attacks to ambush rival gang members, send out rival gang members' locations, and pledge loyalty to the gang against its "opps." This is corroborated by the gang's association with more than 40 different shootings, most of which occurred in less than three years. Finally, Gilmore admitted in private messages to other gang members that he shot rival gang members. And at least three of his guns were used in

[4] The initial PSR included a sentence that the PHV was associated with 42 shootings. Gilmore did not object to this but "had a question about the number of shootings at 42" and wanted to know if it included situations where PHV members were also victims. (*See* PSR A-5). The government responded that the total number was accurate, and it included shootings where PHV members were victims. (*Id.*). Despite no request from Gilmore to remove the sentence, the final PSR (which was received one day before filing this memorandum) no longer includes the total number and instead "rel[ies] on the Court for further guidance." (*Id.*).

four different shootings in a little over a year. Further, PHV members identified Gilmore as someone that will "kill" for them and "do drills" with them, and Gilmore admitted to looking for a rival gang member after a gang member's murder, doing "research" to find rival gang members after they tried to kill him, and shared two guns with gang members that were used in the July 14 attempt to kill C.P.

Gilmore's arguments against scoring this as relevant conduct are unavailing. (*See* PSR A-3). *First*, Gilmore misstates the relevant conduct at issue—it is not murder or attempted murder, it is conspiracy to murder—in other words, it is his *agreement* to kill rival gang members.

*Second*, Gilmore need not direct anyone—he just needs to agree to murder, which he did repeatedly as evidenced by his own statements about "catch[ing] a body," shooting "opps," and naming ten rivals that he shot. (Ex. 1, 1, 15-20); *see United States v. Hammoud*, 556 F. Supp. 2d 710, 716 (E.D. Mich. May 16, 2008) (Rosen, J.) (quoting *Tocco*, 200 F.3d at 425) ("[T]he defendant need not be an operator or manager of the enterprise, only that he knew of 'the general nature of the enterprise and that the enterprise extend[ed] beyond his control.'"). Gilmore's admissions also reveal his specific intent to kill rival gang members, which may be inferred from his acts. *United States v. Hughes*, 895 F.2d 1135, 1141 (6th Cir. 1990) (internal citation omitted). Same for his admissions that he was doing "research" after Band Gang members tried to "take [him] out," that he was "smoking" [shooting] a rival gang

member the next time he sees the rival, and that he was looking for an "opp" after a PHV's murder. (*Id.* at 52, 80, 32).

*Third*, it is not Gilmore's gang membership alone—it is his admission that joining the gang requires murder, his continued support of gang members to provide armed retaliation against rival gangs, and his actions in support of that violent retaliation that satisfy the relevant conduct requirements.[5]

Finally, Gilmore's claim that this is just "tough talk" falls flat. The numerous private PHV group chats detailed above belie this claim: The PHV have a clear expectation for gang members to participate in violent retaliation. These chats also show the gang's repeated coordination to violently attack rival gangs. And other gang members have identified Gilmore as someone who will "kill" for them. Further, Gilmore himself admitted that he had done "more drills" in the last three years than another gang member and shot "opps." While embroiled in "war" and after J.W.'s murder, Gilmore pledged to be the "helping hand" and was "on call" whenever a gang member needed him.

[5] Gilmore also mistakenly claims that he is not responsible for crimes that other gang members committed, but under *Pinkerton*, Gilmore is responsible for the substantive crimes committed by conspirators that were committed to advance the conspiracy and were reasonably foreseeable—he need not even specifically agree or know that the crime would be committed. Pattern Crim. Jury Instr. 6th Cir. 3.10 (2025). And under RICO conspiracy, Gilmore need not commit any racketeering acts himself. *Salinas v. United States*, 522 U.S. 52, 64 (1997).

The PSR incorrectly states that Gilmore did not go above or beyond possessing weapons, that he never actively searched for a victim, that he never took a step toward committing a murder, nor was he ever found to have shot a firearm in any person's direction. (PSR, A-3). One example: On August 31, 2021, Devin King stated that he saw rival gang members and was ready to shoot them. (Ex. 1, 24). Gilmore immediately responded, "I'm on my way." (*Id.* at 25). Other gang members, including Devon Hill, asked for a ride, and King said to hurry up and "bring some guns." (*Id.* at 25-27). This not only shows Gilmore's agreement that a gang member will shoot rivals, but his actions to support that effort. Another example: Shortly after Trevon Mathis instructed Gilmore to get an automatic firearm, Gilmore notified PHV members that a rival gang "just shot up" a PHV drug house where King was. (*Id.* at 148). King directed PHV members to "suit up," and Gilmore confirmed that he would be there in "30 mins." (*Id.*). Additional support comes from Gilmore's admissions that he shot rival gang members, (*id.* at 15-20, 29-31), was looking for an "opp" after a PHV's murder, (*id.* at 32), his gun was used in the June 2020 shooting resulting in five gunshot victims, (*id.* at 161, Ex. 12), and the fact that another gun recovered from Gilmore was used in two different shootings, including the July 2021 candlelight vigil shooting that had six gunshot victims. (PSR ¶ 65, 14).

The PSR also misstates the requirements for relevant conduct under § 1B1.3. (PSR A-3). Gilmore need not act himself because relevant conduct includes "all acts

and omissions of *others*" that were (1) "within the scope of the jointly undertaken criminal activity"; (2) "in furtherance of that criminal activity"; and (3) "reasonably foreseeable in connection with that criminal activity" that occurred during the commission of the offense of conviction. U.S.S.G. § 1B1.3 (emphasis added); *Tocco*, 306 F.3d at 287-88; *Corrado*, 304 F.3d at 607-08; *United States v. Bailey*, Case Nos. 19-2280/2281/2354/20-1235, 2022 WL 244930, at *21-22 (6th Cir. July 5, 2022). Further, a RICO conspiracy does not require any overt acts—an agreement alone is enough. *Salinas*, 522 U.S. at 63 ("There is no requirement of some overt act or specific act[.]").

As detailed above, there is significant evidence showing that the conspiracies to murder two different rival gangs qualify as relevant conduct, so the Court should calculate Gilmore's guidelines to include that conduct. Below are the corresponding guideline calculations:

| Guideline | Description | Level |
|---|---|---|
| 2E1.1 | RICO Conspiracy cross reference to underlying racketeering activity | |
| 2A1.5(a) | Conspiracy to commit murder (Band Gang) | 33 |
| | **Adjusted offense level** | **33** |

| Guideline | Description | Level |
|---|---|---|
| 2E1.1 | RICO Conspiracy cross reference to underlying racketeering activity | |
| 2A1.5(a) | Conspiracy to commit murder (DWBI) | 33 |
| | **Adjusted offense level** | **33** |

| Guideline | Description | Level |
|---|---|---|
| 2E1.1 | RICO Conspiracy cross reference to underlying racketeering activity | |
| 2B1.1(a)(1) | Base offense level for fraud | 7 |
| 2B1.1(b)(1)(G) | More than $250,000 | +12 |
| 2B1.1(b)(2)(A)(i) | 10 or more victims | +2 |
| 3B1.1(b) | Manager or supervisor adjustment | +4 |
| | **Adjusted offense level** | **25** |

| Guideline | Description | Level |
|---|---|---|
| 2E1.1 | RICO Conspiracy cross reference to underlying racketeering activity | |
| 2D1.1(c)(13) | Base offense level (only for seized drugs from Prevost and Archdale) | 14 |
| 2D1.1(b)(1) | Dangerous weapon possessed | +2 |
| 2D1.1(b)(7) | Mass marketing (via social media) | +2 |
| 2D1.1(b)(12) | Maintaining a drug premises | +2 |
| | **Adjusted offense level** | **20** |

| Guideline | Description | Level |
|---|---|---|
| 3D1.4 | Multiple count adjustment – 2.5 units | +3 |
| | **Adjusted offense level** | **36** |

| Guideline | Description | Level |
|---|---|---|
| | Adjusted offense level | 36 |
| 3E1.1(b) | Acceptance of responsibility | -3 |
| | **Total adjusted offense level** | **33** |

Gilmore is a Criminal History Category II, so the resulting guidelines range is 151 to 181 months.

**b. The mass-marketing enhancement applies for Gilmore's drug calculation.**

The PSR should include a two-level enhancement under § 2D1.1(b)(7) because PHV members publicly advertised the PHV's drugs for sale on their social media

accounts. *United States v. Perez*, 840 F. App'x 792, 794 (5th Cir. 2021); *see also* § 2D1.1(b)(7) comment. (n.13) ("'[M]ass-marketing by means of an interactive computer service' means the solicitation, by means of an interactive computer service, of a large number of persons to induce those persons to purchase a controlled substance."). The enhancement applies to a website to promote the sale of drugs but would not apply to conspirators who use an interactive computer service to communicate only with each other in furtherance of the offense. § 2D1.1(b)(7), comment. (n.13). Here, the PHV members' large number of followers—as well as other social media users like undercover agents—easily viewed these drug advertisements on the publicly accessible accounts. In fact, an undercover agent arranged for a controlled purchase of drugs from Devin King because of one of these social media advertisements. Gilmore also advertised drugs for sale on his public Instagram account. For example, on July 29, 2020, an Instagram user commented on Gilmore's story, asking, "Hm [how much] for that shit?" (Ex. 1, 179). Gilmore responded, "How much of it?" The user responded, "QP [quarter pound]." (*Id.*). In different Instagram messages, Gilmore informed other Instagram users that quarter pounds cost between $1,250 to $1,400. (*Id.* at 180).

Gilmore's opposition to the enhancement is unavailing. Gilmore relies on a different guideline provision—§ 2B1.1(b)(2)—which applies to fraud, not drugs, and has a different definition. Further, *United States v. Bailey*, 973 F.3d 548 (6th Cir. 2020) is

inapposite. *Bailey* dealt with whether a word-of-mouth solicitation qualified for the mass-marketing enhancement under the fraud guidelines. Here, PHV members, including Gilmore, advertised drugs for sale on their social media accounts, which reached large amounts of people. The PSR noted that it could not verify if the PHV had a "large scale" audience. (PSR A-4). Gilmore's account alone has 16,500 followers (see photo below) and is publicly accessible to even more people. Because he advertised drugs for sale on his public Instagram account, the enhancement should apply.




### c. The PSR correctly applied a four-level enhancement for Gilmore's leadership role in the gang's wire-fraud conspiracy.

The PSR correctly scored a four-level enhancement under § 3B1.1(a) because Gilmore was an organizer or leader of a wire fraud conspiracy that involved five or more participants. Relevant factors include the exercise of decision-making authority, the nature of the participation in the commission of the offense, the recruitment of accomplices, the claimed right to a larger share of the fruits of the crime, the degree of participation in planning or organizing the offense, the nature and scope of the illegal

activity, and the degree of control and authority exercised over others. § 3B1.1, comment. (n.4). But a district court need not find each factor to apply the enhancement. *United States v. Castilla-Lugo*, 699 F.3d 454, 460 (6th Cir. 2012) (internal citation omitted). Gilmore needs only to be an organizer or leader of one or more of the participants for the enhancement to apply. § 3B1.1, comment. (n.2); *see also United States v. Si Lu Tian*, 339 F.3d 143, 156 (2d Cir. 2003).

There are more than five participants in the PHV pandemic unemployment assistance (PUA) fraud scheme, which included the six defendants charged in this Indictment plus several other uncharged conspirators.

Additionally, Gilmore exercised decision-making authority and control over others in the conspiracy because he taught other members of the conspiracy how to submit fraudulent PUA claims and repeatedly directed conspiracy members how to submit the fraudulent claims. *United States v. Pavlik*, 47 F.3d 1172 (6th Cir. 1995) (table) (applying four-level enhancement as a leader where the defendant taught several individuals how to manufacture drugs). During his plea colloquy, Gilmore admitted that he taught other PHV members to commit PUA fraud to earn money for the PHV enterprise. (Plea Hrg. Trans., 17).

Conspiracy members also reported personal identifying information for the fraudulent PUA claims to Gilmore, and Gilmore organized and directed conspiracy members how to submit fraudulent PUA claims. (PSR A-6). Gilmore instructed

conspirators about how to successfully file fraudulent PUA claims. (*Id.*). For example, on May 7, 2021, King asked Gilmore what he needed to file a PUA claim. (Ex. 1, 176). Gilmore instructed King that he needed to have the person's identification, social security number, and they would need to verify their identity to submit a successful PUA claim. (*Id.*). Another example: on July 13, 2021, in a PHV group chat, Gilmore asked PHV members if they had any potential claims for California. (*Id.* at 167-69). An unindicted conspirator responded that he was working on one, but it fell through. (*Id.*). Devon Hill asked if the person needed to be from California and said he had some. (*Id.*). Gilmore explained that they could be from any state, but they had to have identification. (*Id.*). Devin King said he had some, and Gilmore said, "we can go do them on the computer… Come on dev [King] we can bust down." (*Id.*). Gilmore further instructed conspiracy members that they could fill out the paperwork and mail it in without identification. (*Id.*). Gilmore also directed conspirators where to go and how to withdraw money. (*Id.* at 170-76). For example, on February 22, 2022, in a PHV group chat, Gilmore directed an unindicted conspirator to meet an individual at a bank to withdraw funds, stating, "Bro go jump in a car… I told you go meet her we could've got started." (*Id.*).

Gilmore also recruited or attempted to recruit conspirators. (PSR at A-7); *United States v. Bennett*, 291 F.3d 888, 898 (6th Cir. 2002). For example, on April 6, 2021, Gilmore discussed the fraudulent PUA scheme with an Instagram user. (Ex. 1, 178).

The user asked Gilmore how much he charged, and Gilmore responded, "Oh half or I'll show you how to answer them and you charge whoever to do there's (sic)." (*Id.*). Gilmore explained, "I'll have to do one and send them or just talk to you when you doing them I ain't record a walk thru (sic)." (*Id.*). The user asked Gilmore when to have the person pay and how to ensure payment. Gilmore responded, "No I know they gone (sic) pay me a lot of people don't try to play wit (sic) me… I gotta log in to they account somebody run off on me it ain't hard to find them." (*Id.*). Gilmore also instructed other conspirators to find more accounts to use. (PSR at A-7). For example, on February 22, 2022, Gilmore directed conspirators in the PHV group chat to "Find boa [Bank of America]" and Trevon Mathis responded, "I will." (*Id.* at 170).

The nature and scope of the fraud scheme further support this enhancement. Most conspirators were responsible for finding personal identifying information and submitting fraudulent claims. But Gilmore took the lead, ensuring that conspirators properly submitted the claims—by answering questions, instructing conspirators, and directing conspirators to file or withdraw funds. The scheme's success hinged in large part on Gilmore's knowledge and leadership. Although this was not a complex fraud scheme, Gilmore exercised decision-making authority and control over others in the conspiracy. The conspirators relied on Gilmore to teach them how to submit fraudulent claims, and Gilmore directed conspirators about how to file the claims. Gilmore also exercised direction and control over the conspirators, including directing

them to meet with others involved in the scheme to withdraw funds and recruiting or attempting to recruit new conspirators. So the PSR properly applied the four-level leader/organizer enhancement.

## III. Gilmore deserves a significant sentence because of his steadfast commitment to gang violence and callousness for human life.

The advisory guidelines range serves as "the starting point and the initial benchmark" and remains an indispensable resource for assuring appropriate and uniform punishment for federal criminal offenses. *Gall v. United States*, 552 U.S. 38, 49 (2007). The Court then considers the factors set forth in 18 U.S.C. § 3553(a) to impose a "sentence [that is] sufficient, but not greater than necessary." *Id.* The factors include: (1) the nature and circumstances of the offense, and the history and characteristics of the defendant; (2) the need for a sentence to reflect the basic aims of sentencing (including retribution, deterrence, incapacitation, and rehabilitation); (3) the kinds of sentences legally available; (4) the Sentencing Guidelines; (5) Sentencing Commission policy statements; (6) the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need for restitution. *Id.* The most relevant factors are discussed below.

### a. Nature and circumstances of the offense

#### i. Gilmore founded a violent gang centered on killing.

Gilmore is a self-admitted "founder" of a violent gang focused on killing rival gang members. The gang's premise—to "earn" a "Purple Heart"—requires killing or

attempting to kill a rival gang member because the gang views Detroit as a warzone. PHV members repeatedly refer to being "at war" with different rival gangs, and their association with more than 40 shootings corroborates this. That's in part because "beef"—or "really wan[ting to] kill each other"—with one PHV member means "beef with all." The PHV expects unwavering loyalty from other PHV members through violence, including death. Indeed, Devin King identified Gilmore as someone who will "kill" for him and "do drills [shootings]" with him. And Gilmore confirmed this in private PHV group chats. When King requested PHV armed backup after seeing rival gang members, Gilmore immediately responded, "I'm on my way." This was a little more than a month after Gilmore pledged that he was "on call" and would be King's "helping hand" whenever King needed him. Gilmore expected the same loyalty in return: He requested armed assistance from PHV members when he saw an "opp" with a gun, and they immediately coordinated their response.

Further, as one of the gang's founders, Gilmore was one of the few who could distribute a "Purple Heart" to gang members. In other words, Gilmore encouraged and explicitly approved of attempts to kill rival gang members. Gilmore also proudly touted his gang membership on social media and through his rap music—featuring PHV members, firearms, cash, expensive cars and jewelry, and the gang's territory, including a PHV drug house on Prevost, in his music videos. Gilmore also promoted

the PHV's reputation for violence through rap music and his statements on social media.

### ii. Gilmore conspired to kill and participated in shootings of rival gang members.

Gilmore agreed to kill rival gang members including Band Gang and DWBI. After Gilmore, Vincent McKinney, and two others were involved in a violent shooting with more than 50 shell casings recovered and two gunshot victims, Devon Hill told Gilmore, "[Y]ou know where I stand just give me that time [and] place [and] it's on[,]" and Gilmore confirmed, "[I]t's on." Gilmore then spoke with a different PHV member about violent revenge because "n----- tried to take [him] out." And in a conversation with another PHV member, the two discussed doing "research" to locate the Band Gang members responsible, and Gilmore said he wanted to act on the information that night. Further corroborating this agreement for violent retaliation, after his arrest in this case, Gilmore admitted that agents read messages about "getting back" for the shooting. Gilmore also posted Instagram stories mocking the Band Gang members for not shooting or killing him.

Gilmore further conspired to kill Band Gang members after they claimed responsibility for L.A.'s murder at the PHV drug house, pledging that "it's on gang" and he was "dying [a]bout it." Other PHV members agreed in private group chats and through Instagram posts: "Retaliation is a must." Even King admitted that the PHV were at "war," their issues with Band Gang were at an "all time high," and they were

"f------ them boys up." Additionally, King stated that Gilmore was "beefing with the Band Gang." Another PHV member said that he "hammed" a Band Gang member who had set up Gilmore, and Gilmore responded, "Yeah I'm smoking [shooting] him when I catch him."

Gilmore also agreed to kill DWBI. The PHV were involved in numerous shootings with DWBI, including an April 2021 shooting at the PHV drug house and a July 2021 candlelight vigil where six people were shot. Police later recovered a gun from Gilmore that was used in both shootings.

After J.W.'s murder in July 2021, PHV members participated in multiple shootings targeting DWBI members on July 11 and July 14. After the July 11 shooting, Gilmore posted an Instagram story calling King the "mvp" and pledging his loyalty: "I'm still on call and [I'll] be that helping hand when he need it 💜 And he kno[w.]" King agreed, adding the caption, "WHAT'S UNDERSTOOD DON'T GOTTA BE EXPLAINED 💜 [FOOT EMOJI] THEY KNO THEM VETS TRAINED TO [LIPS SEALED.]" This corroborates the agreement that PHV members, including Gilmore, have: Violent retaliation for a PHV member's murder.

The next day, PHV members targeted a DWBI member in a drive-by shooting. Less than 20 minutes before the shooting, Gilmore's phone was at the gang's nearby drug house on Prevost. Two minutes after the shooting, Gilmore called King's phone, and Gilmore's phone showed that he left Prevost and was on the move. Earlier in

June, Gilmore posted Instagram stories of a Draco pistol and Glock pistol matching the descriptions of guns (and the serial number of the Glock pistol) used in the July 2021 shootings. After the July 14 shooting, Gilmore posted numerous Instagram stories about the shooting and violent retaliation for J.W.'s murder.

PHV members, including Gilmore, continued to coordinate violent retaliation against DWBI in August 2021. King sent a message to PHV members that he saw several DWBI members and was about to shoot them, and Gilmore immediately responded, "I'm on my way." Others agreed to join and discussed bringing firearms. King told them to hurry and "[b]ring some guns." They also coordinated how to sneak up on the DWBI members.

But Gilmore did more than just agree to kill rival gang members—he acted on it. In 2022, in a private PHV group chat, Gilmore admitted to shooting "opps" in more "drills" in the last three years than another PHV member, and he explained that he used every gun he had (except for his current gun) in a shooting. Gilmore also admitted to shooting ten rival gang members. And at least two of Gilmore's guns were used in three different shootings that involved a total of eleven victims.

Gilmore also routinely possessed guns. He repeatedly posted guns on social media, was arrested with a gun used in two shootings, admitted to using guns to shoot "opps," filmed rap videos with guns, and shared guns with gang members. Shortly before his arrest, Gilmore brandished a gun as a car drove past.

**iii. Gilmore taught PHV members how to commit PUA fraud and sold drugs with other PHV members to earn money for the gang.**

The PHV did not want to be known only for "kill[ing] people"—they wanted to be known for their "wealth," too. To that end, Gilmore taught PHV members how to submit fraudulent PUA claims to earn money for the PHV. (Plea Hrg. Trans., 17). Gilmore repeatedly directed gang members how to submit the claims. He also directed gang members where to go and how to withdraw money as part of this scheme. At Gilmore's direction, PHV members worked together to execute the fraud scheme by recruiting individuals, submitting fraudulent PUA claims that contained personal identifying information of other persons, and splitting the proceeds. (*See id.*). All told, PHV members fraudulently obtained approximately $520,709 in federally funded state PUA benefits and filed more than 50 fraudulent PUA claims. (*Id.* at 18).

The gang also used two houses on Prevost and Archdale to store, prepare, and sell drugs to benefit the PHV. (PSR ¶ 19, 8). Gang members also stored firearms at or near these houses to protect the drug-trafficking conspiracy, drugs, and proceeds. (*Id.*). Agents executed search warrants at each drug house in 2022, seizing oxycodone, Alprazolam, marijuana packaged for sale, and several firearms. (*Id.* ¶ 22, 8).

**b. Gilmore's history and characteristics**

Despite his young age, Gilmore has several convictions, including a juvenile conviction for aggravated assault and several offenses where he received HYTA probation, but he is not a convicted felon. (PSR ¶¶ 75-77, 16-18). He was on HYTA

probation twice from 2018 through 2019, and he was on HYTA probation and regular probation from July 16, 2021, through June 21, 2022. (*Id.*). The indictment includes numerous allegations about Gilmore's gang involvement while on state probation, and Gilmore admitted to participating in the RICO conspiracy during that timeframe. (*See generally* ECF No. 1: Indictment; Plea Hrg. Trans.).

Gilmore also had two domestic violence charges from 2019, which were later dismissed due to the victim's unwillingness to further prosecute. (ECF No. 236: Resp., PageID.1205-06). In one report, the mother of Gilmore's child told officers that Gilmore pushed her, struck her in the face, grabbed her by the throat, and pushed her against the wall. (*Id.*). In a second report, the same victim told officers that Gilmore was driving and pulled over, punched her in the head twice, choked her for about 10 seconds, and used one hand to push her against the window. (*Id.* at PageID.1206). She told officers that her airway was constricted, and she was afraid of Gilmore. (*Id.*). After both reports, she was treated by an ambulance and was later transported to the hospital. (*Id.*).

**c. A significant sentence will reflect seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to criminal conduct, and protect the public from Gilmore's further crimes.**

Gilmore's crimes are the most serious. For years, he has shown a callousness for human life—treating the streets of Detroit as a warzone to attack rival gang members without concern for innocent bystanders. Gilmore has also shown a blatant

disrespect for the law while demonstrating a commitment to continued, violent attacks on rival gangs—even while on court supervision. A significant sentence is necessary to reflect the seriousness of his offense, promote respect for the law, provide just punishment, afford adequate deterrence, and most importantly, to protect the public from Gilmore's future crimes.

## IV. Conclusion

To account for Gilmore's unwavering commitment to gang violence and callous disregard for human life, the Court should sentence Gilmore to 188 months.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*/s Danielle Asher*
Danielle Asher
Matthew Roth
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9518
Danielle.Asher@usdoj.gov

Marcus Johnson
Department of Justice Trial Attorney

Date: July 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*/s Danielle Asher*
Danielle Asher
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9518
Danielle.Asher@usdoj.gov