# March 5, 2022 - PHV group chat







GOVERNMENT EXHIBIT
1

# December 29, 2020 – Devon Hill's Instagram story



# March 7, 2021 – Vincent McKinney shared Devin King's Instagram story



# December 11, 2020 – Devin King's Instagram story



# February 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| G GloComa💜🤞🏾 +1 (313) 539-0113 | G GloComa💜🤞🏾 +1 (313) 556-3879 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| SM System Message | T Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/02/17

SG Trey

ST: U act like ah suppose to know all yo oops you beefing with the whole world
06:00:42 pm

T: N now that means we beefing with da world
06:01:05 pm

# Transcript for Ex. 2 – 5/23/23 jail call with Devon Hill

**[08:17-10:20]**

- HILL: *And n---- you can't even diss the dead n---- you know how much shit I done did ain't never in my life. I'm like cutty- We I'm like, we two different n----s. I'm like look how you live and look how I live. You don't see me on the gram dissing no dead n----. Man that shit don't matter. Like that shit is Kid shit man if that shit happened. That shit happened. If something happened to it n---- something happened to it n---- bro that's how I roll bro. I don't, I ain't, I ain't got time. We don't got time to be doing on all bragging and all that extra wild shit bro. That shit ain't cute man. That shit ain't sweet man that shit ain't cool. I'm like n---- you playing games out here right now n---- you ain't never be in nothing or Bend with me. He ain't never went to no county. He ain't never, he never went to no JDS like yo, your gangster hadn't even been tested for real. You ain't never been on no real ride. You you you probably used your little blick somewhere at a party or some shit like that or you feel me when some shit just transpired but you ain't never been on no drill*
- INMATE: *<laugh>. That crazy <laugh>*
- HILL: *Man that n---- crazy like n---- stop playing with me like I'm like n----s not with the shit for real n---- like when shit boil down, n----s called Glocky no n----s got songs called Glocky n---- like his friends they make they got songs my n---- my name Every time n----s say something they say Glock name*
- INMATE: *n----*
- HILL: *I got into it with them n----s little ny bro and all them n----s apologize and was saying shit like this Glock bro we on a, we on the same side bro. We tell we getting into it and this and the third. These n----s ain't say that to you. I*
- INMATE: *I I'm bad for*
- HILL: *That. Right. All these n----s been lame as hell.*
- INMATE: *We used to go to, we used to go to they park and take that bitch over.*
- HILL: *Man bro those n----s is crazy bro. Like I all them n----s is lame from both sides. Slam n----s to the other n----s. I'm like bro ain't none of y'all n----s did shit bro. I'm like do y'all not understand That's not how beef work. Beef is when beef is when you beefing with a n---- bro. And and and y'all really want to kill each other bro.*
- INMATE: *Wanna kill each other. Right.*

# August 15, 2020 – Devin King's Instagram conversation

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2020-08-15 16:48:46 UTC
**Body** Love you gang tell sticks keep them Opps from around cause we shooting at every time we catch one

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2020-08-15 16:48:56 UTC
**Body** I don't want no confusions

# March 9, 2021 – Gilmore's Instagram conversation

Meta Platforms Business Record Page 35711

**Body** You over did jb

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:44:30 UTC
**Body** I think you was the only person being sarcastic

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:45:20 UTC
**Body** Even if I was the only nigga being sacastic you still just over did it

**Author** __deleted__bhiebedgehcfcacbf (Instagram: 36401727750)
**Sent** 2021-03-09 20:46:10 UTC
**Body** Naw they fr

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:46:12 UTC
**Body** You b playing with the wrong shit

**Author** __deleted__bhiebedgehcfcacbf (Instagram: 36401727750)
**Sent** 2021-03-09 20:46:30 UTC
**Body** They always playing

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:46:44 UTC
**Body** Bro y'all definition of opp is crazy

**Author** __deleted__bhiebedgehcfcacbf (Instagram: 36401727750)
**Sent** 2021-03-09 20:46:46 UTC
**Body** Think life a joke

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:46:58 UTC
**Body** What's my definition of a opp

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:47:24 UTC
**Body** You hang with dada bro and you post to be my mans

**Author** __deleted__bhiebedgehcfcacbf (Instagram: 36401727750)
**Sent** 2021-03-09 20:47:25 UTC
**Body** What's a opp q

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:47:43 UTC
**Body** I don't hang with niggas you don't rock with

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:47:43 UTC
**Body** Nigga that's not no opp nigga you seen him and ain't do shit but talk

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:47:48 UTC
**Body** That's not a opp

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:47:54 UTC
**Body** Nigga dada said duck me he gone pop me and all

Meta Platforms Business Record Page 35712

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:47:55 UTC
**Body** I knew him long as I knew you

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:48:06 UTC
**Body** Like what how he not a opp

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:48:15 UTC
**Body** Bro that's not no opp if you seen him and didn't do shit

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:48:25 UTC
**Body** I'll never call a nigga I see and ain't do shit a opp

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:48:28 UTC
**Body** That's not a opp

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:48:32 UTC
**Body** I might not like that nigga

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:48:39 UTC
**Body** But that's not no opp

**Author** __deleted__bhiebeaacggghdbfh (Instagram: 202056889)
**Sent** 2021-03-09 20:49:10 UTC
**Body** Okay

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:49:17 UTC
**Body** You knew exactly where he lived

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:49:25 UTC
**Body** And didn't come throw a rock that's not no opp

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:49:31 UTC
**Body** You didn't like that nigga cause he smacked yo car

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:49:35 UTC
**Body** That's not no opp

**Author** __deleted__bhiebeacaabfgbida (Instagram: 2094642718)
**Sent** 2021-03-09 20:51:45 UTC
**Body** Y'all den got these niggas started ▯▯▯▯▯▯▯▯▯▯▯▯

**Author** __deleted__bhiebeacaabfgbida (Instagram: 2094642718)
**Sent** 2021-03-09 20:51:54 UTC
**Body** Instagram User sent an attachment.

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-09 20:52:12 UTC

# September 7, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| G GloComa💜🤞🏾 +1 (313) 539-0113 | G GloComa💜🤞🏾 +1 (313) 556-3879 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| SM System Message | T Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

SG Trey

I don't wanna be know as the guys with all the bodies under his belt I wanna be known for how much wealth he go
08:07:47 pm

Got
08:07:50 pm

ST
Oh he ride with the purple foot gang they kill people
08:08:34 pm

Trippy

T
Who gives a fuck
08:08:43 pm

SG Trey

ST
But they ain't said we got any money
08:08:46 pm

# January 16, 2021 – Gilmore’s Instagram story



# December 21, 2020 – Gilmore's Instagram story



# June 20, 2020 – Gilmore's Instagram story



# January 10, 2021 – Devin King's Instagram conversation

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-01-10 07:01:03 UTC
**Body** 😱
**Share** **Date Created** Unknown

**Author** diddydadonn (Instagram: 6198768177)
**Sent** 2021-01-10 07:08:58 UTC
**Body** Yopp that's our shit😂 👿

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-01-10 07:10:22 UTC
**Body** You gotta have a kill to post a 💜

**Author** diddydadonn (Instagram: 6198768177)
**Sent** 2021-01-10 07:11:20 UTC
**Body** Liked a message

**Author** diddydadonn (Instagram: 6198768177)
**Sent** 2021-01-10 07:11:25 UTC
**Body** Liked a message

# June 14, 2022 – Devon Hill’s Instagram story



# May 28, 2022 – PHV group chat






# May 28, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | Treyway 🤞🏾<br>+1 (586) 522-6384 |
| Trippy trey 🤞🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/05/28

43

ON LIL JAY I BEEN ON MY DRILLS IN THE LAST 3 years then you did in yo whole life
09:06:57 pm

Dumb ass nigga
09:07:01 pm

You wasn't in a car once
09:07:04 pm

rod sg

Who you pop.....
09:07:08 pm
‼️ 1 rod sg

43

When Ls Died or Cobbs
09:07:11 pm

Never seen Rod
09:07:15 pm

We just hear about what you gone do
09:07:21 pm

# May 28, 2022 – PHV group chat






# May 28, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🤞🏾 +1 (313) 551-9277 | Treyway 🤞🏾 +1 (586) 522-6384 |
| Trippy trey 🤞🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/05/28

43

We gave you a drop lastnight 😭
09:14:00 pm

What happen
09:14:07 pm

Oh ok
09:14:10 pm

rod sg

Jus t cause you ride with a gun don't make you that
09:14:16 pm

RS

That bitch cold
09:14:20 pm

43

Nah I really get on shit in my car
09:14:31 pm

I don't hide in the house
09:14:34 pm

# May 28, 2022 – PHV group chat






# May 28, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🤞🏾 +1 (313) 551-9277 | Treyway🤞🏾 +1 (586) 522-6384 |
| Trippy trey🤞🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/05/28

43
😭I then did something with every gun I had other then this 10 Milly no cap
09:15:48 pm

43
I'm more good around killas then you
09:16:14 pm

Tf😭😭😭
09:16:18 pm

rod sg
Wat killas ??
09:16:23 pm

We the killas niggas
09:16:27 pm

43
😂bro
09:16:57 pm

glock
Make sure y'all delete all of that
09:22:09 pm

We gotta stop talking like this fr
09:22:52 pm
👍 1 rod sg

# June 6, 2022 – Devin King's Instagram post



**Taken** 2022-05-23 17:22:00 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/Cd6KUTyO7cZ
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By Author** false
**Carousel Id** 2844631496306248262
**Upload Ip** 2607:fb90:1d6a:775c:c9ec:aefb:73bb:52bd
**Comments**

**User** two3.devydev (624042757) [Americas Nightmare]
**Id** 17860979789746024
**Date Created** 2022-06-06 22:38:02 UTC
**Text** Got some niggas from the Zone that's gone kill for me.. Got some Pbf that do drills with me 🪖 💜 VetBitnez

**User** free.dareap (32786083914) [SKURFLAND 🖐🏿]
**Id** 17927428523499343
**Date Created** 2022-05-23 17:27:55 UTC
**Status** 0
**Text** 🪖 🪖

# June 26, 2022 – Gilmore's Instagram conversation

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 03:47:35 UTC
**Body** When u start disrespecting me 😩

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 03:47:50 UTC
**Body** When you start rocking with opps

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 03:48:29 UTC
**Body** Don't u rock wit cino nem u don't see me calling u a clown

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 03:49:43 UTC
**Body** I rock with my side! Not no nigga that say fuck no dead nigga I know I ain't change sides u did

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 03:49:52 UTC
**Body** I'm still on the same side I started wit

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 03:53:25 UTC
**Body** Nigga I was never on no side I'm my own nigga u always tryna be apart of something u need to just rap

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 03:54:46 UTC
**Body** If u don't fwm just say dat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 03:57:24 UTC
**Body** Nah that's yo problem you need to just rap I know what my brothers died for I'm in this shit ain't no being with them and being wit me iont care who niggas is nomo that's how niggas die out here u play a dirty game

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 03:57:54 UTC
**Body** You might as well go be friends with rondae and say rip woo type of games you play

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 03:59:40 UTC
**Body** You trolling me too much gone with that weird shit Jordan I'm 72 ghostcrew i ain't with none of dat ham ass kid shit talkin bout me and niggas don't even b around none of dat shit u talking bout

# June 26, 2022 – Gilmore’s Instagram conversation

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 04:03:44 UTC
**Body** Just stick to the music dude u always loved dat shit idk where u got off into all this extra gangsta shit I’m used to u rapping and looking clean all dat killa shit u talking to me sound as hell I be in my own lane I don’t hang with no niggas I get money and take care of my kid junior u should know that

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 04:09:54 UTC
**Body** I don’t troll Niggas Angelo u kno me better then that I say what I want to who I want Since a kid I stood on business you know that you shouldn’t say rip a Nigga and hang with niggas who ain’t like em cause when tay tay was home yo fasho posting dog up under his post all that like I ain’t see that but yopp alr

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 04:15:07 UTC
**Body** I get what u saying but when he dropped all dat jay Juan diss talk everybody know I got on his ass bout dat and stopped postin him now jay jay literally from holmur he know me and my ppl just as much as u I can’t help y’all all into it but he ain’t never disrespected jayjuan around me niggas know he was like a cousin to me I get where u going but nah jon hang wit nobody I never met nobody disrespect jayjuan I ain’t apart of no kiddy beef none of dat Ion even let niggas speak on u to me cause no matter what u got going on u literally used to walk to my house on foot from Southfield rd to telegraph my mama fed u I’ll never see myself against u but if u gotta go yo own way it’s good

**Author** 72lilreezy (Instagram: 18720382452)
**Sent** 2022-06-26 04:17:36 UTC
**Body** Liked a message

**Author** 43.jb (Instagram: 292911621)
**Sent** 2022-06-26 04:45:32 UTC
**Body** Sound like yo bitch ass grew up look at that nigga I love to hear it just hold my brother name up if you gone hold it that’s all times change bloodshed shit realer then when we was kids

# August 31, 2021 – PHV group chat









# August 31, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs ☝🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| G GloComa💜☝🏾 +1 (313) 539-0113 | G GloComa💜☝🏾 +1 (313) 556-3879 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| SM System Message | T Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

+1 (248) 991-4327
I'm on oakfield Nell or somebody keep spinning in this a rental truck while I'm riding the can am
09:21:25 pm

Big 4️⃣
I'm on my way
09:21:26 pm

Cobbs ☝🏾👳🏾
I'm in da hood
09:21:30 pm

GloComa💜☝🏾
Come grab me
09:21:39 pm

twothree.devydev@icloud.com
Bet
09:21:46 pm

SG Trey
Where dot
09:21:52 pm

Cobbs ☝🏾👳🏾
Where u boutta go devy im boytta pull up
09:21:55 pm

GloComa💜☝🏾
We about to spin threw that bitch
09:22:17 pm

# August 31, 2021 – PHV group chat






# August 31, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs +1 (313) 530-2666 | Dot 💯 +1 (313) 452-6606 |
| GloComa💜 +1 (313) 539-0113 | GloComa💜 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

Cobbs

Come out glock
09:27:15 pm

twothree.devydev@icloud.com

Bring some guns
09:27:52 pm

Cobbs

What car they in
09:27:55 pm

SG Trey

What car ????
09:28:05 pm

twothree.devydev@icloud.com

Rental truck like grey niggas skied up
09:28:30 pm

+1 (248) 991-4327

Like a nissan truck
09:28:34 pm

twothree.devydev@icloud.com

They riding around
09:28:41 pm

SG Trey

Here I come
09:28:51 pm

# August 31, 2021 – PHV group chat






# August 6, 2022 – PHV group chat






# August 6, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly ☝🏾<br>+1 (313) 551-9277 | Treyway☝🏾<br>+1 (586) 522-6384 |
| Trippy trey☝🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/08/06

43

All these niggas then been popped tf up
03:46:01 am

DAME
03:46:03 am

DAME
03:46:05 am

DAME DADDY
03:46:07 am

FAT DEV
03:46:13 am

Treyway☝🏾

I'm fucking with u
03:46:15 am

43

Lonnie
03:46:25 am

Hagar
03:46:30 am

Javar
03:46:32 am

Lol skilla
03:46:35 am

Peezy
03:46:38 am

# August 6, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | B Boom💜 +1 (909) 871-9000 | DD Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly ☝🏾 +1 (313) 551-9277 | T Treyway ☝🏾 +1 (586) 522-6384 |
| TT Trippy trey ☝🏾 +1 (248) 739-0936 | VM Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| G glock +1 (313) 539-0113 | LJ lil jay +1 (313) 721-3488 | M marco +1 (248) 812-6306 |
| RS rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/08/06

Vezzo
03:46:40 am

Baby face
03:46:42 am

Lol everybody then felt this shit
03:46:47 am

Treyway ☝🏾

T Say you ain't the only one
03:47:23 am

43

Lol for a fact
03:47:35 am

Treyway ☝🏾

T You should start Ah I been shot movement all the niggas you named
03:47:47 am

43

😭😭😭
03:47:55 am

Treyway ☝🏾

😂😂
03:48:23 am

# December 9, 2021 – Gilmore's Instagram conversation

**Author** twinnoz (Instagram: 292174579)
**Sent** 2021-12-09 18:28:18 UTC
**Body** □□□□□□ where you going with that purple durag on

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-12-09 18:43:03 UTC
**Body** □□I'm looking for a opp

Meta Platforms Business Record    Page 34120

**Author** twinnoz (Instagram: 292174579)
**Sent** 2021-12-12 00:51:12 UTC
**Body** Ain't none of my scam brothers ever gone teach me how to scam I'm tired of selling drugs damn □□

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-12-12 01:55:27 UTC
**Body** Come on we can do something

# June 11, 2022 – PHV group chat






# June 11, 2022 – PHV group chat






# June 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | B Boom💜 +1 (909) 871-9000 | DD Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🖕🏾 +1 (313) 551-9277 | T Treyway 🖕🏾 +1 (586) 522-6384 |
| TT Trippy trey 🖕🏾 +1 (248) 739-0936 | VM Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| G glock +1 (313) 539-0113 | LJ lil jay +1 (313) 721-3488 | M marco +1 (248) 812-6306 |
| RS rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/06/11

43

Idk
01:24:27 am

Nah I just never seen em he knew me tho
01:24:36 am

Miliyah jus pushed me away from him cause we was having words
01:24:52 am

Treyway 🖕🏾

T Sneak Ah picture
01:24:53 am

rod sg

RS Wats the move you want niggas to try to come up there
01:25:00 am

43

If you got a blick
01:25:08 am

rod sg

RS Got a blick don't have a ride who driving
01:25:53 am

# June 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly ☝🏾 +1 (313) 551-9277 | Treyway ☝🏾 +1 (586) 522-6384 |
| Trippy trey ☝🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/06/11

43

Man I'm heated no cap
01:40:48 am

I'm buying blick tomorrow
01:40:54 am

Treyway ☝🏾

Cool you left
01:41:07 am

43

Yeah
01:41:12 am

He left before me
01:41:18 am

Treyway ☝🏾

Good u watching yo mirrors
01:41:33 am

# June 11, 2022 – PHV group chat



Platform: Native Messages Timezone: UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🤞🏾 +1 (313) 551-9277 | Treyway🤞🏾 +1 (586) 522-6384 |
| Trippy trey🤞🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/06/11



43

Yeah
01:42:05 am

Treyway🤞🏾

Isson lmk when u stationed
01:42:21 am

Glock 22 600 4
01:52:34 am

43

I want it
01:55:23 am

Treyway🤞🏾

Bet
01:55:37 am

# Transcripts of some of Gilmore's rap lyrics

**"Last Laugh" Ex. 3**

- :52-:58
  "We be laughing **when you at war you gonna lose a couple** that just what come with it since a little n---- man I was in it. **I knew what came with it**."
- 1:20 -1:22 "I told [unintelligible] man **go catch a kill**. Get out my feeling when you catch him."
- 1:26-1:29 "Catch a n----- **turn his ass into a hashtag."**

**"Long Live" Ex. 4**

- 1:05-1:16
  "I took some **big losses**. I walked up to them coffins. **Every time we got the call we suited up**. Ain't do no talking, pull right up, jump out the car. It's personal so we gonna walk it. Let 'em not come home. It's okay 'cause we gonna stalk it."
- 1:47-1:50 "I'm **still alive during war**. Why you think they **call us vets?"**

**"Omerta Vets" Ex. 5**

- :37-40 "The taste of that **first blood really turned me to a monster."**

# November 12, 2020 shooting





# November 12, 2020 shooting





# March 12, 2021 – McKinney’s Instagram story






# August 23, 2020 – Gilmore's Instagram story



# November 3, 2020 – Gilmore's Instagram story



# November 9, 2020 – Gilmore’s Instagram story



# Guns recovered from November 12, 2020 shooting





# November 12, 2020 – Devon Hill's Instagram conversation

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-12 06:59:03 UTC
**Body** I ain't forget about you they just pop JB up top man

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-12 07:01:03 UTC
**Body** Report that page

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-14 17:46:21 UTC
**Body** Y'all niggas man this shit not sweet man
**Share** **Date Created** Unknown

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-14 17:46:33 UTC
**Body** If you beefing with somebody killed them
**Share** **Date Created** Unknown

# November 12, 2020 – Gilmore’s Instagram conversation

Meta Platforms Business Record Page 3121

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-10-31 23:38:10 UTC
**Body** You tryna get high

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-03 20:06:43 UTC
**Body** Message unavailable
**Share** **Date Created** Unknown

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-03 20:08:12 UTC
**Body** You sent an attachment.
**Share** **Date Created** Unknown
**Url** https://instagram.com/stories/43.jb/2434492056178335302

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-09 03:15:21 UTC
**Body** Get high
**Share** **Date Created** Unknown

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-09 04:21:27 UTC
**Body** Cmon

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 07:21:56 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 07:22:23 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 08:11:36 UTC
**Body** Yo

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:01:06 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:01:30 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:01:35 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:02:06 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:02:08 UTC

# November 12, 2020 – Gilmore's Instagram conversation

Meta Platforms Business Record Page 3122

**Body**
Call me

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:02:14 UTC
**Body** nigga i'm calling

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:02:17 UTC
**Body** i don't got my phone

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:02:23 UTC
**Body** You at the crib ?

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:02:27 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:05:04 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:32:07 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:32:24 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:32:37 UTC
**Body** Call me I jus talked to tray

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:43:25 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:43:57 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:44:02 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 09:44:33 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:49:34 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:49:55 UTC
**Body** Video chat ended

# November 12, 2020 – Gilmore’s Instagram conversation

Meta Platforms Business Record | Page 3123

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 09:50:08 UTC
**Body** Call me I jus took my shit off dnd

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 10:13:06 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 10:24:32 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 13:48:09 UTC
**Body** Aye

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 16:00:47 UTC
**Body** Hml

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:27:09 UTC
**Body** Wya

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 20:31:11 UTC
**Body** Pulling up to crib wya

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:31:18 UTC
**Body** Crib

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 20:31:47 UTC
**Body** You tryna go do that

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:32:13 UTC
**Body** Yeah I gotta get dot do I need something fast

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 20:33:24 UTC
**Body** □□□□□□?

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:34:16 UTC
**Body** Whip

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 20:34:24 UTC
**Body** I’m in a rental

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:39:37 UTC
**Body** I’m knowing I ain’t moving around in no fish bowl rn ah nigga tried to take me out

**Author** _dadamoney (Instagram: 4666636010)

# November 12, 2020 – Gilmore’s Instagram conversation

Meta Platforms Business Record Page 3124

**Sent** 2020-11-12 20:40:26 UTC
**Body** I'm hip

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:55:47 UTC
**Body** Yo

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 20:55:54 UTC
**Body** Yo

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:56:26 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:57:06 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 21:09:24 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 21:09:52 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 21:10:40 UTC
**Body** Yo

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 21:10:55 UTC
**Body** Call me

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 21:11:13 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 21:13:54 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-12 21:16:32 UTC
**Body** Happened to yo whip

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 21:42:31 UTC
**Body** It's at Sean house

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 02:33:59 UTC
**Body** Aye

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 02:34:32 UTC
**Body** _dadamoney started a video chat

# November 12, 2020 – Gilmore's Instagram conversation

Meta Platforms Business Record Page 3125

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 02:34:54 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 02:35:03 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 02:35:21 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:12:59 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:13:30 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 03:19:40 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 03:27:44 UTC
**Body** Video chat ended

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 03:35:47 UTC
**Body** _dadamoney started a video chat

**Author** _dadamoney (Instagram: 4666636010)
**Sent** 2020-11-13 03:36:19 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:36:59 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:37:31 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:37:35 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:37:59 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:40:14 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:40:45 UTC

# November 13, 2020 – Gilmore's Instagram conversation

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-12 15:22:58 UTC
**Body** Video chat started

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-12 15:23:30 UTC
**Body** Video chat ended

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-12 16:44:20 UTC
**Body** Video chat started

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-12 16:44:23 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:27:23 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-12 20:28:16 UTC
**Body** Video chat ended

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 20:55:49 UTC
**Body** Aye

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 20:57:55 UTC
**Body** Yea

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 21:01:25 UTC
**Body** Find them where abouts bro like no bs we gotta get on that

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 21:01:31 UTC
**Body** Like frfr Jb



**Author**
43.jb (Instagram: 292911621)
**Sent** 2020-11-13 21:01:51 UTC
**Body** Fasho gotta get on it

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 21:03:08 UTC
**Body** Do yo research everyday until you find sumn idgaf if it ain't no main nigga or not

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 21:16:26 UTC
**Body** I'm knowing I got some shit fr

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 21:19:49 UTC
**Body** Let's peep whatever you got tonight or you wanna wait

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 21:24:21 UTC
**Body** Nah Damn near tonight

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-13 21:53:33 UTC
**Body** Bet ima call you in a couple hours then

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-14 03:35:31 UTC
**Body** Wya

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-14 03:40:47 UTC
**Body** Dt way

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-14 03:40:48 UTC
**Body** Wya

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-14 03:41:14 UTC
**Body** The hood wat you tryna do

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-14 05:43:13 UTC
**Body** You started a video chat

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-14 05:43:44 UTC
**Body** Video chat ended

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-17 21:24:01 UTC
**Body** Video chat started

**Author** __deleted__bhiebebbbfacgjgih (Instagram: 11197499675)
**Sent** 2020-11-17 21:24:33 UTC
**Body** Video chat ended

**Author** 43.jb (Instagram: 292911621)

# November 13, 2020 – Gilmore and Hill's Instagram conversation

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-03 19:54:59 UTC
**Body** □□□□
**Share** **Date Created** Unknown

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-03 19:56:21 UTC
**Body** □□□□□□

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-13 03:41:41 UTC
**Body** Love you boy stay safe we can't take no lose man real shit

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:43:05 UTC
**Body** love you too gang i'm staying dangerous fasho this shit otf

**Author** tharealbloodbrothers (Instagram: 3535577140)
**Sent** 2020-11-13 03:43:46 UTC
**Body** You know where I stand just give me that time in place in it's on □□

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-13 03:45:24 UTC
**Body** it's on

# November 12, 2020 – Gilmore's Instagram story



# November 14, 2020 – Gilmore’s Instagram story



# November 14, 2020 – Gilmore's Instagram post

Meta Platforms Business Record    Page 868

**Image**



Meta Platforms Business Record    Page 869

**Photo ID**
2442404769093230076
**Id** 2442404769093230076
**Taken** 2020-11-14 18:09:19 UTC
**Status** 0 - Active
**Url** https://www.instagram.com/p/CHlKjJzhZ38
**Source** Unknown
**Filter** 0 - Normal
**Is Published** true
**Shared By** false
**Author**
**Carousel Id** 2442404771777556398
**Upload Ip** 2600:1007:b00d:ba44:ac36:d7ad:7df3:32b7
**Location** **Name**
**Address**
**External Id**
**Comments** **User** 43.jb (292911621) [PURPLE HEART VET□□]
**Id** 18083638660220783
**Date Created** 2020-11-14 18:09:19 UTC
**Text** They dropped like 50 in my whip nobody died niggas ROOKIES□□you'll never hear me getting stepped on by no pussy□□□□ #43va #24 #AskAboutMe #Yoppppp

**User** bigboom____ (205271333) []
**Id** 18123261937148710
**Date Created** 2020-11-15 14:38:54 UTC
**Status** 0
**Text** □□□□□□□□□□

**User** paid_edward (33418269913) [free Ralph]
**Id** 17879837452913586
**Date Created** 2020-11-15 11:28:28 UTC
**Status** 0
**Text** 43□□

**User** squiidape (7742628751) []
**Id** 17885182975790126
**Date Created** 2020-11-14 19:30:25 UTC
**Status** 0
**Text** □□□□

**User** morethanpaidjv (8733491850) [□□]
**Id** 17846666336424280
**Date Created** 2020-11-14 18:47:44 UTC
**Status** 0
**Text** Big4□□□

**User** 4pocketts (8459437229) [Te' Roy 43]
**Id** 18180445717005110
**Date Created** 2020-11-14 18:20:01 UTC
**Status** 0
**Text** 4□

**User** 43.bigwill (28939605418) [Big Will □□]
**Id** 17878492741939130
**Date Created** 2020-11-14 18:14:40 UTC
**Status** 0
**Text** □□□□□□4□

# November 17, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs +1 (313) 530-2666 | Dot +1 (313) 452-6606 | GloComa +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/17

Ls gone y'all
06:12:25 am
ST

Cobbs

dawg. Wtf
06:19:17 am

SG Trey

Man
06:19:33 am
ST

Cobbs

Wtf doe how man. They couldn't stop the bleeding??
06:20:41 am

SG Trey

Nope
06:28:37 am
ST

+1 (248) 991-4327

Bro I gotta go get high I can't keep sitting here like this
06:29:21 am

SG Trey

I'll be down in ah min
06:34:22 am
ST

# November 17, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞👳 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | GloComa💜🤞 +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/17

Love y'all boyz man. Dis shit is terrible
09:02:42 am

Trippy
T Love you 4life
09:03:01 am

Lil Jay
LJ Love you more gang
09:03:05 am

Meek
M I love too gang 5L
09:03:23 am

SG Trey
Love y'all man
09:15:03 am ST

Lil Jay
LJ Love you too bro
09:15:29 am

Meek
M I love you too foolie
09:16:29 am

# November 17, 2020 – PHV group chat



# November 17, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | Jb Old Number +1 (734) 489-3749 |
| Rod +1 (313) 348-9649 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| SkinnyLenny +1 (313) 574-6061 | System Message | Tim +1 (734) 639-0617 |
| Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

2020/11/17

Tim
I'm glad he told us he love us before all that happened man 😓💔
08:32:32 am

+1 (248) 295-1917
I Can't sleep for shit man
08:34:54 am

Tim
Man I'm wide awake
08:35:21 am

lilpaul313@gmail.com
I just can't believe this shit dawg
08:57:24 am

SG Trey
Mann not him I would've took that for him any day
08:57:42 am

Rod
That wasn't for him at all
08:58:10 am

SG Trey
Swear
08:58:38 am

lilpaul313@gmail.com
Would've took it for that nigga too man I promise this shouldn't have never happened him
08:59:23 am

# November 17, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | JN Jb Old Number +1 (734) 489-3749 |
| R Rod +1 (313) 348-9649 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Tim +1 (734) 639-0617 |
| V Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

2020/11/17

SG Trey

Ik
09:00:27 am
ST

Tim

T
Sick thd police still in front of the crib wit they lights on still
09:02:36 am

lilpaul313@gmail.com

They blocked it off from clarita to my shit they still finding bullets
09:05:50 am

Rod

R
Who up
10:01:51 am

lilpaul313@gmail.com

What up
10:01:58 am

Rod

Sent an attachment
Filename: IMG_0991.png
URL: https://p36-content.icloud.com/M50A75E5B8EEE3CD6621C2C1B1DE2CF88FF73A5D214D16C9DD28B1871765B940A.C01USN00
Path: ~/Library/SMS/Attachments/e1/01/at_0_1217080B-B9C0-4B45-B932-3AA8DC39BCFD/IMG_0991.png
Type: image/png
10:40:20 am

R
He threw
10:40:20 am

# November 17, 2020 – PHV group chat



# November 18, 2020 – PHV group chat





# November 16, 2020 – Gilmore’s Instagram story



# November 16, 2020 – Gilmore’s Instagram stories









# November 17, 2020 – Gilmore and Thomas's Instagram conversation

**Author** big._meek (Instagram: 518021409)
**Sent** 2020-11-17 09:29:05 UTC
**Body** Love you gang stay fuckin dangerous my baby
**Share** **Date Created** Unknown
**Url** https://instagram.com/stories/43.jb/2444308650618507372

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-17 10:10:27 UTC
**Body** I love you too gang stay safe this shit otf

# November 18, 2020 – Gilmore’s Instagram story



# November 19, 2020 – Gilmore's Instagram stories





# November 17, 2020 – Devin King's Instagram stories









# November 18, 2020 – Devin King's Instagram stories









# November 18, 2020 – McKinney’s Instagram stories






# November 22, 2020 – McKinney's Instagram story



# December 1, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs ☝🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | JN Jb Old Number +1 (734) 489-3749 |
| R Rod +1 (313) 348-9649 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Tim +1 (734) 639-0617 |
| V Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

2020/12/01

SG Trey

So the bg niggas said the the ones that slide
02:47:18 am

Slid on the block when Lenearo got hit
02:47:41 am

ST

# December 1, 2020 – PHV group chat



**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs +1 (313) 530-2666 | Dot 💯 +1 (313) 452-6606 | Jb Old Number +1 (734) 489-3749 |
| Rod +1 (313) 348-9649 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| SkinnyLenny +1 (313) 574-6061 | System Message | Tim +1 (734) 639-0617 |
| Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

2020/12/01



+1 (248) 937-0929

They claiming it!
02:47:55 am

??
02:47:57 am

SG Trey

Yup
02:48:01 am

Rod

It's on then
02:48:14 am

+1 (248) 937-0929

Well where y'all at let's pop Cham and it's on then
02:48:19 am

lilpaul313@gmail.com

It's up there
02:48:27 am

Rod

Yes I been waiting for a nigga to stand on it
02:48:38 am

It's on
02:48:50 am

# December 1, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs<br>+1 (313) 530-2666 | Dot 💯 🖤<br>+1 (313) 452-6606 | Jb Old Number<br>+1 (734) 489-3749 |
| Rod<br>+1 (313) 348-9649 | SG Trey<br>+1 (586) 522-6384 | Sg Trig<br>+1 (313) 632-1799 |
| SkinnyLenny<br>+1 (313) 574-6061 | System Message | Tim<br>+1 (734) 639-0617 |
| Vince<br>+1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

2020/12/01

R: On jo
02:48:52 am

+1 (248) 937-0929

Right I ain't even send this in here
02:49:07 am



# Transcript of June 17, 2021 jail call with Devin King (Ex. 6)

**[02:41-04:27]**

- INMATE: *Feel that. What n----- been out that bitch doing?*
- KING: *Man, ain't shit going on right here man. Everybody's falling apart. Everybody at war right now.*
- INMATE: *With each other?*
- KING: *Hell yeah. Not us though. You know we stop. I'm talking about just period bro. Like shit, shit with the TMC n----- and the band crew n----- hitting the fan. That shit too close to home, feel me? You got that going on.*
- INMATE: *They telling on each other?*
- KING: *Nah, n----- just, that shit just getting worse. n----- beefing like a motherfucker. You know, you, you know, the way everything is right now bro. Everybody really fuck with everybody so all that shit be hitting home bro. When n----- be falling out, you feel me? Nah, I got, I got a couple band crew n----- who I love. I got a couple TMC n----- who I love. I can't get in between that. It just air, just shit crazy bro. Like n----- getting, n----- getting fapped up every other day.*
- INMATE: *That shit crazy.*
- KING: *And the feds out here, hot as hell- the feds around this bitch like regular cops now bro.*
- INMATE: *I'm hip. They snatching n----- up left and right. I've been hearing.*
- KING: *Hell yeah.*
- INMATE: *My bunky my bunky [UI] n---- and shit. That's my n---- though. You be, you be talking about all that shit.*
- KING: *Hell yeah. That's why I yeah, like shit, even us with the uh, this n---- with the band gang n---- that shit, that shit is all time high right now. Like I ain't gonna lie. Fucking them boys up but shit man, besides that n----- just really gotta make some money and stay out the way, bro. You don't do that bro. Yeah,*
- INMATE: *So with the gang, okay, throwing on them n-----,*
- KING: *Shit. Everybody telling and shit bro. Police on hot-Shit, everybody really just trying to keep each other out of trouble and shit. I ain't gonna lie. Like that's that what we on right now, not going to jail.*

# June 28, 2021 – Gilmore's Instagram conversation

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-28 18:36:51 UTC
**Body** Bandgang old tsn nigga

**Author** thats_dirty_money2 (Instagram: 39661912816)
**Sent** 2021-07-28 18:37:10 UTC
**Body** So he bandgang fasho

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-28 18:37:15 UTC
**Body** Yeah

**Author** thats_dirty_money2 (Instagram: 39661912816)
**Sent** 2021-07-28 18:37:28 UTC
**Body** He talking about he been bending Prevost

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-28 18:38:09 UTC
**Body** Lol man

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-28 18:38:19 UTC
**Body** I'm finna come out

**Author** thats_dirty_money2 (Instagram: 39661912816)
**Sent** 2021-07-28 18:38:32 UTC
**Body** Me to

**Author** thats_dirty_money2 (Instagram: 39661912816)
**Sent** 2021-07-28 21:18:02 UTC
**Body** Instagram User sent an attachment.

# September 30, 2021 – Gilmore's Instagram story



# Transcript of April 18, 2022 jail call with Devin King (Ex. 7)

**[12:41]**

- HERRON: *I ain't gonna lie bro. Them n----s not even going a subpoena bro. That shit ain't gonna mean they really gonna do no time for me. They*
- KING: *Probably, you know they, they probably locked up because they witnessed it like, like, you feel me? Like the air, the dope, the, the uh, you know JB beefing with the uh, band gang n---- and shit. One n---- boom, he gonna post, he gonna post, he screenshot it like JB what he what he in the county for it. Say it say some shit like, uh, like um, court. Hey*
- HERRON: *Look bro, I gotta, I gotta get off the phone. This n----'s wrapping it up and shit.*
- KING: *Alright. I bet you called me back.*

# August 5, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | B Boom💜<br>+1 (909) 871-9000 | DD Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly ☝🏾<br>+1 (313) 551-9277 | T Treyway ☝🏾<br>+1 (586) 522-6384 |
| TT Trippy trey ☝🏾<br>+1 (248) 739-0936 | VM Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| G glock<br>+1 (313) 539-0113 | LJ lil jay<br>+1 (313) 721-3488 | M marco<br>+1 (248) 812-6306 |
| RS rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/08/05

Trippy trey ☝🏾

I hammed bandgang amir out of 800 back in da day he tried to sneak me but kamauri n Terrell got in the middle of it neither one of us hit eachother the nigga was grabbing my hoodie

07:11:09 pm

TT

The nigga that set jb up

07:11:18 pm

43

What amir gotta do with he posted

07:11:50 pm

Yeah I'm smoking him when I catch him

07:11:55 pm

# August 22, 2023 – Transcript of post-arrest recording (Ex. 8)

***[7:42-8:17] CLIP A***

- *GILMORE: They kept writing about Don't worry about it.*
- *UNK: That's irritating as hell.*
- *GILMORE: DWBI. That's what they think. That bitch definitely tied for sure.*
- *HILL: I don't even talk about shit. They lied about that part. Not in the group chat and shit.*
- *GILMORE: They read specific messages with me and Rod talking about getting back for for. Mm-hmm <affirmative>*
- *HILL: In what group chat? The one with everybody in it?*
- *GILMORE: I think that was me and V-Dot. I meant me and just Rod like they made seem, it was just me and Rod talking like Rod cut into me on some- We gotta get they lo*

***[20:45- 21:16] CLIP B***

- *GILMORE: They brought up Two an JR.*
- *UNK: Hmm. JR*
- *GILMORE: I'm hearin all type of shit. I’m like these n----s saying anything*
- *MCKINNEY: But you know. Uh, what you call it was snitching man*
- *GILMORE: Who Jr.*
- *MCKINNEY: Yeah*
- *GILMORE: No, uh, talking about how did you guys start feuding with Bang Gang? I’m like I don’t know what you're talking about.*
- HILL: *Don't say shit to me about nobody else.*

# October 26, 2020 – Gilmore and McKinney's Instagram conversation

Meta Platforms Business Record Page 4977

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-10-26 17:46:36 UTC
**Body** Wtf is going on

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 17:47:53 UTC
**Body** i woke up and to all them niggas in my views

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 17:50:29 UTC
**Body** why the millz nigga tried to call me

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-10-26 17:54:01 UTC
**Body** Call me back

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-10-26 17:54:04 UTC
**Body** *em

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 18:50:13 UTC
**Body** _48235 sent an attachment.
**Share** **Date Created** Unknown
**Url** https://www.instagram.com/_u/mia.lilg

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 18:50:33 UTC
**Body** _48235 sent an attachment.
**Share** **Date Created** Unknown
**Url** https://www.instagram.com/_u/1homixidez

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 18:50:54 UTC
**Body** _48235 sent an attachment.
**Share** **Date Created** Unknown
**Url** https://www.instagram.com/_u/1000mss

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 18:52:01 UTC
**Body** _48235 sent an attachment.
**Share** **Date Created** Unknown
**Url** https://www.instagram.com/_u/uparoll.meech

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 20:27:57 UTC
**Body** _48235 sent an attachment.
**Share** **Date Created** Unknown
**Url** https://www.instagram.com/_u/40.jayyy

**Author** _48235 (Instagram: 1021679864)
**Sent** 2020-10-26 20:28:10 UTC
**Body** _48235 sent an attachment.

Meta Platforms Business Record Page 4978

**Share**
**Date Created** Unknown
**Url** https://www.instagram.com/_u/marguttaa

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-10-26 20:29:01 UTC
**Body** They definitely came from me

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-10-26 20:29:06 UTC
**Body** I posted you

# October 29, 2020 – Gilmore’s Instagram story



# November 25, 2020 – PHV group chat






# November 26, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs +1 (313) 530-2666 | Dot +1 (313) 452-6606 | GloComa +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/25

SG Trey

What's the Nîgga Millz name on ig
01:25:48 am

ST

+1 (248) 991-4327

D.w.b.l.6
01:26:03 am

Cobbs

Damn. Lol nigga had it pre typed
01:26:16 am

# November 26, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | GloComa💜🤞🏾 +1 (313) 539-0113 |
| Lil Jay +1 (313) 721-3488 | Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 |
| SkinnyLenny +1 (313) 574-6061 | System Message | Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/25

+1 (248) 991-4327

Bro don't even say nothing to them niggas bro let's just kill ema
01:26:24 am
👍 1 Meek

Cobbs 🤞🏾👳🏾

How you find out it was him doe
01:26:37 am

+1 (248) 991-4327

He told me
01:26:44 am

Cobbs 🤞🏾👳🏾

Wow. Lol niggas is thinking Dey that lit
01:27:06 am

SG Trey

I'm gone check them niggas for taking about my brother u gotta rock em to sleep slow just watch me
01:27:33 am

Cobbs 🤞🏾👳🏾

They said sumn bout bro??
01:27:55 am

Trippy

Fuck all den
01:27:58 am

# November 26, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | G GloComa💜🤞🏾 +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/25

Meek

M They all can die
01:28:17 am

+1 (248) 991-4327

He text me and said they got new opp pack they smoking On L
01:28:33 am

Cobbs 🤞🏾👳🏾

Wow
01:28:45 am

+1 (248) 991-4327

And him fasho cause I FaceTimed to make sure
01:28:50 am

Cobbs 🤞🏾👳🏾

All I can keep sayin is wow
01:29:09 am

Niggas just be tryna beef with niggas outta nowhere
01:29:20 am

They better stick to them otha niggas
01:29:31 am

# November 26, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | G GloComa💜🤞🏾 +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/25

M I'm ready for whoever idgaf
01:30:19 am

Cobbs 🤞🏾👳🏾

Gotta know dat
01:32:35 am

Ls wasn't even that typa nigga fa mfs to try to be tuff bout his name that's what's even more irritating
01:33:17 am

GloComa💜🤞🏾

G It's on
01:33:46 am

+1 (248) 991-4327

Bro I didn't do anything to em either or have I said shit to them niggas I don't even go on they page
01:33:48 am

Who is 539?
01:33:56 am

GloComa💜🤞🏾

G Don't say my name
01:34:05 am

+1 (248) 991-4327

It's on
01:34:28 am

Cobbs 🤞🏾👳🏾

Lol devydev you know why they a not fwu doe
01:35:29 am

# November 26, 2020 – PHV group chat






# November 29, 2020 – PHV group chat






# November 29, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾🌹 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | GloComa💜🤞🏾 +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/29

Well He alive he talking I don't know condition
11:06:12 pm

His
11:06:14 pm

Cobbs 🤞🏾🌹

Shit he talking he prolly good. How many times he get hit
11:06:47 pm

GloComa💜🤞🏾

Sent an attachment
Filename: CL.loc.vcf
URL: https://p38-content.icloud.com/M85F3D1B01C29E9FD235F98530AFA3B75957EC90DFD00EE27622B7E113D6F746C.C01USN00
Path: ~/Library/SMS/Attachments/ca/10/at_0_83B2707A-6C99-4680-98D6-38877F75BB9D/CL.loc.vcf
Type: text/x-vlocation
11:07:53 pm

Tae Tae house
11:07:58 pm

G Delete this after the save
11:08:18 pm

SG Trey

Shit you work fast
11:08:25 pm
HAHA 2 Trippy, Cobbs 🤞🏾🌹
ST

# November 29, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat649207995127776914 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🖕🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | GloComa💜🖕🏾 +1 (313) 539-0113 |
| LJ Lil Jay +1 (313) 721-3488 | M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Trippy +1 (248) 739-0936 |
| +1 (248) 991-4327 | +1 (313) 405-3990 | |

2020/11/29

+1 (248) 991-4327

That's a crib
11:08:38 pm

GloComa💜🖕🏾

G Yeah
11:08:41 pm

SG Trey

Gotta go in ah low key car
11:08:57 pm ST

+1 (248) 991-4327

It's on
11:08:59 pm

SG Trey

No fast Shit
11:09:01 pm

He gone be hip
11:09:05 pm ST

✓ Sent

# November 29, 2020 – PHV group chat






# November 29, 2020 – PHV group chat






# March 2, 2021 – Gilmore’s Instagram conversation

**Author** rodfrm_daskurf (Instagram: 11197499675)
**Sent** 2021-03-02 00:06:06 UTC
**Body** Who

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-02 00:08:40 UTC
**Body** You sent a photo.
**Attachments** image-259802562398631 (259802562398631)
**Type** image/jpeg
**Size** 288149
**URL** https://interncache-ftw.fbcdn.net/v/t51.39111-15/155189730_439301073955602_1885491789308797892_n.jpg?stp=dst-jpg_p843x403&ccb=1-6&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=02_ARpELSotf911MRb4dWAFIMWVcP2OgyOUJEYYrsT4TZkazw&oe=6280854F

Meta Platforms Business Record Page 35410




Meta Platforms Business Record Page 35411

**Photo ID**
259802562398631

**Author** rodfrm_daskurf (Instagram: 11197499675)
**Sent** 2021-03-02 00:09:22 UTC
**Body** Who is that lame wat he claim

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-02 00:09:35 UTC
**Body** I guess he mills cousin or sum

**Author** rodfrm_daskurf (Instagram: 11197499675)
**Sent** 2021-03-02 00:11:24 UTC
**Body** Fuck it throw him in the rotation

# March 7, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+000(

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs +1 (313) 530-2666 | Dot 💯 +1 (313) 452-6606 |
| GloComa💜 +1 (313) 539-0113 | GloComa💜 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.c |

2021/03/07

**ST:** Who drive ah lime green Camaro
09:31:33 pm

**+1 (248) 991-4327:** I dk why
09:31:41 pm

What he on
09:31:46 pm

**GloComa💜:** Where at?
09:31:52 pm

**SG Trey:** In the hood they just seen walking down seven mile an stopped an turn down ah street but they was staring hard
09:32:43 pm

# March 7, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/03/07

SG Trey
Come on 7mile an oak field an see if the parked on gilchrist or oakfield
09:35:16 pm

GloComa💜🤞🏾
Isson
09:35:31 pm

+1 (248) 991-4327
I'm finna come up there
09:35:39 pm

SG Trey
Devy call me
09:35:57 pm

Meek
Finna hop in Og shit n ride around there
09:36:07 pm

SG Trey
Bet u think it's her baby daddy car he walked in right after the shit so just see
09:36:37 pm

# March 7, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/03/07

SG Trey

Yeah bet they in here
09:41:34 pm

Devy it's dog boom put on the flo
09:41:44 pm

That's his car
09:41:50 pm

GloComa💜🤞🏾

When you popping out?
09:41:54 pm

SG Trey

Ik I seen it form somewhere
09:41:55 pm

+1 (248) 991-4327

Glock get there I'm omw
09:42:13 pm

GloComa💜🤞🏾

Isson
09:42:22 pm

I'm about to come up there now
09:42:29 pm

# March 7, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾🍷 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/03/07

SG Trey

I don't need nobody I'm good I think it's him because the nigga pregnant Nae baby daddy but he ain't got shit on at all

09:43:22 pm

Meek

I'm right here if you do end needing somebody

09:44:03 pm

SG Trey

Bet

09:44:16 pm

Cobbs 🤞🏾🍷

Long as u got .40 wit u you Gucci

09:44:29 pm

SG Trey

You know I do

09:45:47 pm

❤️ 1 Cobbs 🤞🏾🍷

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| G GloComa💜🤞🏾 +1 (313) 539-0113 | G GloComa💜🤞🏾 +1 (313) 556-3879 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| SM System Message | T Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

SG Trey
They just hit up the block
01:58:44 am
ST

Trippy
T
Who
02:04:03 am

GloComa💜🤞🏾
Bitch I'll be there by 11
02:35:56 am

G
Y'all know what time it is
02:36:03 am

+1 (248) 991-4327
DONT PULL UP IVER HERE!
02:36:30 am

Do NOT!!!!
02:36:43 am

GloComa💜🤞🏾
G
Isson
02:36:48 am

Trippy
T
Man I'm on my way
02:36:49 am

GloComa💜🤞🏾
Y'all good doe?
02:36:57 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| G GloComa💜🤞🏾 +1 (313) 539-0113 | G GloComa💜🤞🏾 +1 (313) 556-3879 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| SM System Message | T Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

+1 (248) 991-4327

Police everywhere nigga stay yo ass home
02:37:07 am

Trippy

T Bro I gotta get y'all out
02:37:21 am

Lil Jay

LJ Niggas straight ?
02:37:25 am

GloComa💜🤞🏾

G Man we about to get up on somebody sound crazy asf
02:37:26 am

+1 (248) 991-4327

Pull around the corner then
02:37:50 am

GloComa💜🤞🏾

G Y'all coming out the back?
02:38:06 am

+1 (248) 991-4327

We ain't got an escape route rn
02:38:19 am

We can't
02:38:21 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾🍷 +1 (313) 530-2666 | Dot 💯🐴🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

SG Trey
Devy is the behind the house ?
02:38:57 am

GloComa💜🤞🏾
Man soon as they leave let me know bro we about to shake the city niggas not about to keep playing with our blocks
02:38:58 am
❤️ 2 +1 (248) 991-4327, Cobbs 🤞🏾🍷 👍 1 Meek

+1 (248) 991-4327
They all on the side and back
02:39:07 am

SG Trey
Shìt
02:39:14 am

+1 (248) 991-4327
We definitely gotta go shake some shit
02:39:17 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

Trippy

Call me when dey leave
02:39:59 am

Cobbs 🤞🏾👳🏾

I found us a car
02:40:04 am

3500
02:40:06 am

GloComa💜🤞🏾

Bro soon as they leave let me know in I got away we can get them off the block but a nigga a need some fast shit
02:40:58 am

SG Trey

Devy they inside the car ?
02:40:59 am

+1 (248) 991-4327

No
02:44:42 am

That was dog fasho
02:45:00 am

I know what I seen
02:45:04 am

Cobbs 🤞🏾👳🏾

Of course it was
02:45:12 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

What it's lookin like
03:11:54 am

+1 (248) 991-4327

Wya
03:12:21 am

Trippy

Crib u want Mae to come now. ?
03:13:44 am

Bro respond
03:15:15 am

+1 (248) 991-4327

We good gang
03:17:53 am

Trippy

Ight call me wit da plans I'm Up all night
03:19:29 am

SG Trey

Where niggas at
03:20:21 am

Cobbs 🤞🏾👳🏾

I'm up all night too just lmk if niggas boutta do sumn important
03:21:26 am

Whoop on da flo
03:21:35 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 👍 +1 (313) 530-2666 | Dot 💯 🖤 +1 (313) 452-6606 |
| GloComa💜👍 +1 (313) 539-0113 | GloComa💜👍 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

GloComa💜👍

Man is y'all ready or what
03:38:10 am

I'm not letting niggas go home come get me now
03:38:22 am

Trippy

Trig wassup bro
03:39:45 am

Cobbs 👍

Mfs have to get info first bro
03:40:17 am

+1 (248) 991-4327

Tomorrow we shaking the city
03:40:34 am
❤️ 2 Cobbs 👍, Meek

Cobbs 👍

It's on
03:41:02 am

I got shit set up for us we on it
03:41:11 am

Meek

Say less
03:41:22 am

+1 (248) 991-4327

It's on
03:41:25 am

# April 17, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/04/17

G: Isson
03:50:19 am

SG Trey
Ah Nigga den parked the 300
01:10:19 pm

GloComa💜🤞🏾
Who's
01:28:02 pm

SG Trey
Nigga mine
01:48:21 pm

GloComa💜🤞🏾
Oh yeah I know man
01:49:15 pm

Cobbs 🤞🏾👳🏾
We literally was just sayin we had classics in it
01:49:27 pm

+1 (248) 991-4327
That was Diddy and them
02:35:00 pm

# April 29, 2021 – King and Gilmore's conversation

**Author** two3.devydev (Instagram: 624042757)

**Sent** 2021-04-29 03:15:13 UTC

**Body** Watch how we do Nîggas this summer

**Share** **Date Created** Unknown

# June 5, 2021 – Gilmore's Instagram story



# July 4, 2021 – Trevon Mathis conversation

**Platform:** Native Messages **Name:** +13138486027 **Timezone:** UTC+0000

ST SG Trey +1 (586) 522-6384

+1 (313) 848-6027

2021/07/04

+1 (313) 848-6027

Give me some fuckin bullets ,I kno you got sum
06:39:33 pm

SG Trey

I don't gotta find us some
06:39:50 pm

+1 (313) 848-6027

Okay
06:40:07 pm

It ain't no other bullets I can use , or you think they gone jam ?
06:52:07 pm

✓ Read

SG Trey

Only 762
07:07:34 pm

✓ Sent

# July 4, 2021 – PHV group chat






# July 12, 2021 – PHV group chat






# July 13, 2021 – Devin King's Instagram story



# July 14, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/07/14

Lil Jay

Bouta pull up in a min
11:55:22 pm

+1 (248) 991-4327

Naw not rn lil bro
11:55:48 pm

Big 4️⃣

Don't come lil jay
11:55:59 pm

GloComa💜🤞🏾

Y'all good?
11:56:27 pm

Or it's that job shit
11:56:35 pm
HAHA 1 +1 (248) 991-4327

+1 (248) 991-4327

We on the block niggas talking a job 😂
11:56:56 pm

We preparing for war gang
11:57:05 pm

Lil Jay

Alr bet
11:57:27 pm
✓ Read

# July 15, 2021 – PHV group chat






# July 15, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat44556333893503481 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾🦁 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GN Glock9 Nine +1 (248) 602-6299 | GN Glock9 Nine +1 (313) 539-0113 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| T Trippy +1 (248) 739-0936 | +1 (248) 991-4327 | +1 (313) 266-1210 |
| +1 (313) 556-3879 | Unknown | |

2021/07/15

SG Trey
ST Bro I'm always making Niggas 🌲🚗💨
05:08:10 am

+1 (248) 991-4327
Man shut up
05:08:19 am

Lmaooo
05:08:26 am

SG Trey
ST No hat 😂😂😂😂
05:08:30 am

+1 (248) 991-4327
Team work make the dream work
05:08:43 am

SG Trey
Ask about me
05:08:43 am

No cap
05:08:49 am

# July 15, 2021 – Telegram video to Devin King (Ex. 9)



# Gilmore’s location on July 14, 2021

» Location — Go to

Details | Notes (0)

| | |
|---|---|
| Name: | |
| Description: | |
| Type: | Visited |
| Origin: | |
| Timestamp: | 7/14/2021 9:10:26 PM(UTC-4) |
| End time: | 7/14/2021 9:39:26 PM(UTC-4) |
| Position: | (42.427912, -83.203869) |
| Aggregated locations: | 0 |
| Map Address: | |
| Horizontal Accuracy: | |
| Map: | |
| Category: | |
| Source: | Native Locations |
| Account: | |
| Address: | |
| Service Identifier: | |
| Extraction: | File System |
| Source file: | 00008020-00125D1A3A81402E_files_full-exte.zip/private/var/mobile/Library/Caches/com.apple.routined/Local.sqlite-wal : 0x25B787 (Table: ZRTLEARNEDLOCATIONOFINTERESTVISITMO, Size: 3147712 bytes) |

**Map**

| | |
|---|---|
| Position: | (42.427912, -83.203869) |
| Address: | |
| Map Address: | |

## Map

| | |
|---|---|
| Position: | (42.427912, -83.203869) |
| Address: | |
| Map Address: | |



# Gilmore's location on July 14, 2021

| | |
|---|---|
| **Timestamp:** | 7/14/2021 9:53:19 PM(UTC-4) |
| **End time:** | 7/14/2021 9:58:24 PM(UTC-4) |
| **Position:** | (42.440814, -83.200513) |
| **Aggregated locations:** | 0 |
| **Map Address:** | |
| **Horizontal Accuracy:** | |
| **Map:** | |
| **Category:** | |
| **Source:** | Native Locations |
| **Account:** | |
| **Address:** | |
| **Service Identifier:** | |
| **Extraction:** | File System |
| **Source file:** | 00008020-00125D1A3A81402E_files_full-exte.zip/private/var/mobile/Library/Caches/com.apple.routined/Local.sqlite-wal : 0x25FED2 (Table: ZRTLEARNEDLOCATIONOFINTERESTVISITMO, Size: 3147712 bytes) |

## Map

| | |
|---|---|
| **Position:** | (42.440814, -83.200513) |
| **Address:** | |
| **Map Address:** | |




| | |
|---|---|
| **Name:** | ~/Library/SMS/Attachments/0d/13/4B9C2D2C-1B41-4AFA-BF38-C1BE93B5F328/CL. |
| **Description:** | |
| **Type:** | Shared |
| **Origin:** | |
| **Timestamp:** | 7/14/2021 11:55:07 PM(UTC-4) |
| **End time:** | |
| **Position:** | (42.322544, -83.525290) |
| **Aggregated locations:** | 0 |
| **Map Address:** | |
| **Horizontal Accuracy:** | |
| **Map:** | |
| **Category:** | Native Messages |
| **Source:** | Native Messages |
| **Account:** | +13135766280 |
| **Address:** | |
| **Service Identifier:** | |
| **Extraction:** | File System |
| **Source file:** | 00008020-00125D1A3A81402E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1C59F5 (Table: message, Size: 2739832 bytes) |

## Map

| | |
|---|---|
| **Position:** | (42.322544, -83.525290) |
| **Address:** | |
| **Map Address:** | |



# Gilmore's location

| | |
|---|---|
| **Type:** | Visited |
| **Origin:** | |
| **Timestamp:** | 7/10/2021 9:31:06 PM(UTC-4) |
| **End time:** | 7/13/2021 4:59:50 PM(UTC-4) |
| **Position:** | (42.322743, -83.525288) |
| **Aggregated locations:** | 0 |
| **Map Address:** | |
| **Horizontal Accuracy:** | |
| **Map:** | |
| **Category:** | |
| **Source:** | Native Locations |
| **Account:** | |
| **Address:** | |
| **Service Identifier:** | |
| **Extraction:** | File System |
| **Source file:** | 00008020-00125D1A3A81402E_files_full-exte.zip/private/var/mobile/Library/Caches/com.apple.routined/Local.sqlite-wal : 0x2642E3 (Table: ZRTLEARNEDLOCATIONOFINTERESTVISITMO, Size: 3147712 bytes) |

**Map**

| | |
|---|---|
| **Position:** | (42.322743, -83.525288) |
| **Address:** | |
| **Map Address:** | |






Save

| | |
|---|---|
| **Name:** | 225x225 |
| **Type:** | Images |
| **Size (bytes):** | 10127 |
| **Path:** | /private/var/mobile/Containers/Data/Application/3E9618DA-8933-4E17-965A-FABC3FFEB479/Library/Caches/com.airbnb.app.imageCache/https:/a0.muscache.com/im/pictures/user/0afcbd9f-da4a-4d26-bca4-6e313472c051.jpg?aki_policy=profile_x_medium/225x225 |
| **Created:** | 7/16/2021 9:53:51 AM(UTC-4) |
| **Accessed:** | 7/16/2021 9:53:51 AM(UTC-4) |
| **Modified:** | 7/16/2021 9:53:51 AM(UTC-4) |
| **Changed:** | |
| **Deleted:** | |

# July 14, 2021 shooting



# July 14, 2021 shooting



# July 14, 2021 shooting



# July 13, 2021 – Gilmore’s Instagram stories






# July 14 and 15, 2021 – King’s saved photos









# July 14 and 15, 2021 – Gilmore's Instagram conversations

**Author** bigg.two (Instagram: 4113937621)
**Sent** 2021-07-14 17:19:11 UTC
**Body** I'm going to jail ▯▯▯▯♂▯▯▯▯▯▯
**Share** **Date Created** Unknown
**Url** https://instagram.com/stories/43.jb/2617774558929193944

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-14 17:19:20 UTC
**Body** ▯▯

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-15 02:59:50 UTC
**Body** Nope we ain't doing that gang
**Share** **Date Created** Unknown

**Thread** (1077596922769593)
**Current** 2022-07-05 22:25:47 UTC
**Participants** detroit.blood (Instagram: 44848077044)
43.jb (Instagram: 292911621)

**Author** detroit.blood (Instagram: 44848077044)
**Sent** 2021-07-15 15:30:34 UTC

Meta Platforms Business Record Page 54848

**Body**
Boy stfu we smoking on his dead ass▯▯▯▯▯▯

**Author** detroit.blood (Instagram: 44848077044)
**Sent** 2021-07-16 01:06:53 UTC
**Body** Smoking the last one

# July 15, 2021 – Devin King's Instagram story



# July 16, 2021 – Devin King's Instagram story



# July 17, 2021 – Gilmore's Instagram story



# Transcript of July 17, 2021 jail call with Devin King (Ex. 10)

**[01:15- 02:24] CLIP A**

KING: *Hello? What's the word bro?*

*HERRON: What's the deal?*

*KING: Shit out here in AZ Hot as hell.*

*HERRON: Hot as hell.*

*KING: Hot as fuck gang no cap*

*HERRON: the fuck you doing all the way out there?*

*KING: Man. I done been everywhere these last couple days bro. I ain't on shit.*

*HERRON: Oh for real.*

*KING: Hell yeah.*

*HERRON: What the fuck happened? What was going, what's going on with the n---- Quez dog.*

*KING: U/I*

*HERRON: You said what?*

# Transcript of July 17, 2021 jail call with Devin King (Ex. 10)

**[01:15- 02:24] CLIP A continued**

*KING: Somebody got up on that n----. You said what? Somebody got up on that n---- [side conversation: lift the back uh seat up]*

*HERRON: You said somebody got up on him.*

*KING: Yeah, them n----s hit Waverly.*

*HERRON: Oh for real?*

*KING: Hell yeah.*

*HERRON: Damn. Who hit that bitch?*

*KING: I don't know man. Could be anybody bro. We at war right now.*

*HERRON: Damn. Say they hit the wave and went off on that bitch?*

*KING: Hell yeah. They only popped a couple times though.*

*HERRON: Huh?*

*KING: Said they only shot a couple times*

*HRRON: and they just happened. They got on Quez ass. Just him?*

*KING: Yeah.*

# Transcript of July 17, 2021 jail call with Devin King (Ex. 10)

**[08:55-09:36] CLIP B**

KING: *And that's little bro though man I, you feel me? Bro, I I ain't gonna lie,*

*HERRON: I already know. I fuck with little Quez though, you feel me?*

*KING: I'm the only n---- step behind that shit too bro. Me and my n---- Dot so everybody, everybody still fuck with me. Like everybody fuck with me but then n----s feel me, n----s still had that thought in the back of their head like then he just did that to Lil Bro though. But I ain't gonna lie, as soon as it happened I went out and suited up jumped right out here. No Cap got on some n----s instantly no cap <laugh> no cap. Swear to God. everybody was calling like bro love y'all n----s bro. Y'all n----s. Yeah that's how that shit work. Yeah that's how that shit get that call. You get that call a n---- gone. It's time to spin.*

# July 18, 2021 – King's Instagram story



# July 18, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat445563338935O3481 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾🦁 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 |
| GN Glock9 Nine +1 (248) 602-6299 | GN Glock9 Nine +1 (313) 539-0113 | LJ Lil Jay +1 (313) 721-3488 |
| M Meek +1 (313) 551-9277 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| T Trippy +1 (248) 739-0936 | +1 (248) 991-4327 | +1 (313) 266-1210 |
| +1 (313) 556-3879 | Unknown | |

+1 (248) 991-4327

Dog on live ion think a billet touched him
10:00:36 pm

@win4losin
10:01:09 pm

Big 4️⃣

Shittttt
10:01:55 pm

+1 (248) 991-4327

Unc got me riding around the desert serving fiens
10:02:20 pm

Cobbs 🤞🏾🦁

Yea he on there lookin right man
10:02:31 pm

+1 (248) 991-4327

Idk tho he might've got hit
10:02:43 pm

I told that Nigga don't crash out he threw up the middle finger
10:03:34 pm

Cobbs 🤞🏾🦁

😂
10:03:58 pm

+1 (248) 991-4327

He fasho got hit
10:25:40 pm

# July 27, 2021 – McKinney’s Instagram story



# July 28, 2021 – King’s Instagram story



# July 22, 2021- Gilmore's Instagram message to King

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-07-22 15:07:17 UTC
**Body** You sent an attachment.
**Share** **Date Created** Unknown
**Text** A Sterling Heights man has been charged after police allege he fled from police in a stolen vehicle multiple times. On Monday, Southfield Police officers tracked down a stolen Dodge Ram pickup truck with two men inside who were identified as suspects in a multi-jurisdictional theft ring. Southfield PD spotted the vehicle 2 weeks ago but cut the chase off due to safety concerns. As Southfield officers attempted to stop the stolen vehicle again, the driver, 22-year-old Coreyion Deshon Perdue-Duckett attempted to flee, police said. A pit maneuver was initiated and Perdue-Duckett and his passenger were arrested. Police found several pieces of stolen property — including electronics and a stolen license plate, police said. Officers also found two guns in the truck: a semi-automatic pistol and an AR-15 pistol, under a floorboard and the driver's seat. As of now, Perdue-Duckett is charged with Fleeing and eluding police - third degree, assaulting/resisting/obstructing police and driving with a license suspended or revoked. He was arraigned in 46th District Court on Wednesday and ordered held on a $2,000 cash/surety bond. A few months ago, Perdue also fled from Sterling Heights police which ended in a rollover in Redford ➡ (▯▯: Fox2)




Meta Platforms Business Record Page 8793

**Url** https://www.instagram.com/p/CRojFwWor8n/?feed_type=reshare_chaining&carousel_share_child_media_id=2623501110087958311_18824822388

**Author** bigg.two (Instagram: 4113937621)
**Sent** 2021-07-22 20:06:56 UTC
**Body** Message unavailable
**Share** **Date Created** Unknown

# July 22, 2021 – Thomas's Instagram message to Gilmore

**Author** big._meek (Instagram: 518021409)
**Sent** 2021-07-22 13:47:58 UTC
**Body** ▯▯
**Share** **Date Created** Unknown
**Url** https://instagram.com/stories/43.jb/2623428129020247500



# July 23, 2021 – Gilmore's Instagram stories






# July 24, 2021 – Gilmore's Instagram stories












# July 25, 2021 – Gilmore’s Instagram story



# July 27, 2021 – Gilmore's Instagram story



# July 27, 2021 – Gilmore's Instagram story



# August 4, 2021 – Gilmore's Instagram story



# August 5, 2021 – Gilmore's Instagram story



# July 14, 2021 – Photo from King's phone



| | |
|---|---|
| **Name:** | 64799983355__DF42E7FC-85F3-4CCB-BE1B-A0D2862C9738.JPG |
| **Type:** | Images |
| **Size (bytes):** | 2373143 |
| **Path:** | 906c7271fa3a96835330d94b0215d568501c1da4_files_full-exte.zip/private/var/mobile/Containers/Data/PluginKitPlugin/00000838-F4D1-45A5-8540-969C9DEABA89/tmp/64799983355__DF42E7FC-85F3-4CCB-BE1B-A0D2862C9738.JPG |
| **Created:** | 7/14/2021 6:57:12 PM(UTC-5) |
| **Accessed:** | 7/14/2021 6:57:13 PM(UTC-5) |
| **Modified:** | 7/14/2021 6:57:13 PM(UTC-5) |

# July 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | B — Boom💜<br>+1 (909) 871-9000 | DD — Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly ☝🏾<br>+1 (313) 551-9277 | T — Treyway☝🏾<br>+1 (586) 522-6384 |
| TT — Trippy trey☝🏾<br>+1 (248) 739-0936 | VM — Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| G — glock<br>+1 (313) 539-0113 | LJ — lil jay<br>+1 (313) 721-3488 | M — marco<br>+1 (248) 812-6306 |
| RS — rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/07/11

Treyway☝🏾

Mt and outer drive
12:49:29 am

Dwbi out there shooting Ah video
12:49:37 am

T: GMO and ghetto baby
12:52:06 am

43

Awh man we getting swing thru there now
12:52:44 am

Come grab me
12:52:46 am

Treyway☝🏾

T: Need k shells
12:53:26 am

43

Call B or Paul
12:53:34 am

rod sg

RS: Call b
12:53:36 am

Treyway☝🏾

Paul ain't got num Nigga that's his drek
12:54:08 am

# July 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | B Boom💜 +1 (909) 871-9000 | DD Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🖕 +1 (313) 551-9277 | T Treyway 🖕 +1 (586) 522-6384 |
| TT Trippy trey 🖕 +1 (248) 739-0936 | VM Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| G glock +1 (313) 539-0113 | LJ lil jay +1 (313) 721-3488 | M marco +1 (248) 812-6306 |
| RS rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/07/11

T
Lil Zell got Ah drek and Ah 40
12:55:04 am

rod sg
RS
I just talk to him he said he ain't have none
12:55:13 am

Treyway 🖕
T
Ik
12:55:21 am

rod sg
RS
I'm bouta find out I got db tho
12:55:25 am

Treyway 🖕
T
Jb call jv for that itch
12:55:30 am

43
He in Romulus
12:56:42 am

# July 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | B Boom💜<br>+1 (909) 871-9000 | DD Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | T Treyway🤞🏾<br>+1 (586) 522-6384 |
| TT Trippy trey🤞🏾<br>+1 (248) 739-0936 | VM Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| G glock<br>+1 (313) 539-0113 | LJ lil jay<br>+1 (313) 721-3488 | M marco<br>+1 (248) 812-6306 |
| RS rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/07/11

43

I'm Finna come over there
01:01:56 am

23

Y'all ready?
01:02:13 am

43

On my way
01:03:38 am

Treyway🤞🏾

T

Bet
01:03:50 am

23

(Text unknown)
01:20:55 am

Let's gooooo
01:21:45 am

# July 11, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | B — Boom💜 +1 (909) 871-9000 | DD — Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly +1 (313) 551-9277 | T — Treyway +1 (586) 522-6384 |
| TT — Trippy trey +1 (248) 739-0936 | VM — Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| G — glock +1 (313) 539-0113 | LJ — lil jay +1 (313) 721-3488 | M — marco +1 (248) 812-6306 |
| RS — rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

2022/07/11

43
They out there
01:26:35 am

They just shot up where dev at!
03:08:54 am

Treyway
T: Huh
03:09:14 am

rod sg
RS: Where he at
03:10:36 am

43
Archdale
03:10:43 am

He good i was Otp with him
03:10:51 am

rod sg
RS: Who was it
03:11:07 am

43
Idk
03:11:11 am

23
Suit up
03:25:21 am

43
Bet
03:28:27 am

30 mins
03:28:30 am

# October 10, 2020 – Photo from Mathis's phone





# July 25, 2021 candlelight vigil shooting





# July 25, 2021 candlelight vigil shooting





# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞👳 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | JN Jb Old Number +1 (734) 489-3749 |
| R Rod +1 (313) 348-9649 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Tim +1 (734) 639-0617 |
| V Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

+1 (248) 295-1917

Everybody straight?

03:40:18 am

+1 (313) 952-4233

Yeah I'm on Plymouth

03:44:52 am

+1 (313) 820-8922

Trey call me

04:39:07 am

+1 (313) 588-7960

Were y'all at

04:40:40 am

+1 (248) 295-1917

Block

04:41:01 am

Tim

T

Rj drop location

06:03:45 am

# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

- Cobbs 🤞🏾👳🏾 +1 (313) 530-2666
- Dot 💯🐐🖤 +1 (313) 452-6606
- JN Jb Old Number +1 (734) 489-3749
- R Rod +1 (313) 348-9649
- ST SG Trey +1 (586) 522-6384
- ST Sg Trig +1 (313) 632-1799
- S SkinnyLenny +1 (313) 574-6061
- SM System Message
- T Tim +1 (734) 639-0617
- V Vince +1 (313) 917-3018
- +1 (248) 295-1917
- +1 (248) 434-7901
- +1 (248) 897-1640
- +1 (248) 937-0929
- +1 (313) 335-7483
- +1 (313) 434-9125
- +1 (313) 461-6389
- +1 (313) 588-7960
- +1 (313) 820-8922
- +1 (313) 952-4233
- +1 (810) 459-1659
- lilpaul313@gmail.com

SG Trey

We got off fr
06:16:23 am

Sent an attachment
Filename: IMG_8681.mov
URL: https://p43-content.icloud.com/MB8D1AF4F2893C4C09990F3C1B0F8C304EAE8F0C47205240E676B7A528F96DE47.C01USN00
Path: ~/Library/SMS/Attachments/d0/00/at_0_B024DCC0-6276-405F-A86A-D95F1C7684D1/IMG_8681.mov
Size: 7 MB
Type: video/quicktime
06:16:37 am

ST

+1 (248) 434-7901

Sent an attachment
Filename: CL.loc.vcf
URL: https://p39-content.icloud.com/M4269609DF47A4E57745722F3F37911A276D9C3877FDEAB5153DEFC9C86A22480.C01USN00
Path: ~/Library/SMS/Attachments/ec/12/at_0_0D1314BF-2A3A-4FE0-9E8B-636ECA4799D0/CL.loc.vcf
Type: text/x-vlocation
06:17:21 am

# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | JN Jb Old Number +1 (734) 489-3749 |
| R Rod +1 (313) 348-9649 | ST SG Trey +1 (586) 522-6384 | ST Sg Trig +1 (313) 632-1799 |
| S SkinnyLenny +1 (313) 574-6061 | SM System Message | T Tim +1 (734) 639-0617 |
| V Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |



Ex. 11

# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs ☝🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | Jb Old Number +1 (734) 489-3749 |
| Rod +1 (313) 348-9649 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| SkinnyLenny +1 (313) 574-6061 | System Message | Tim +1 (734) 639-0617 |
| Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

+1 (313) 461-6389
Y'all ok
06:19:26 am

+1 (313) 820-8922
We still here fellas ☝🏾 that's all we can ask for rn
06:19:34 am

Trey you saved my life bitch
06:19:46 am

SG Trey
Yeah we straight we on Warren an Livernois
06:19:52 am

+1 (313) 461-6389
Cause I'm coming all gas no brakes literally
06:20:13 am

+1 (313) 335-7483
Everybody good
06:23:23 am

+1 (810) 459-1659
I got that feeling today like I do every time y'all niggas better start listening to me 💯
06:24:43 am
❤️ 1 +1 (313) 461-6389

+1 (313) 952-4233
Hey I need niggas
06:54:07 am

+1 (248) 434-7901
Wassup
06:54:17 am

# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

- Cobbs 🤞🏾👳🏾 +1 (313) 530-2666
- Dot 💯🐐🖤 +1 (313) 452-6606
- JN Jb Old Number +1 (734) 489-3749
- R Rod +1 (313) 348-9649
- ST SG Trey +1 (586) 522-6384
- ST Sg Trig +1 (313) 632-1799
- S SkinnyLenny +1 (313) 574-6061
- SM System Message
- T Tim +1 (734) 639-0617
- V Vince +1 (313) 917-3018
- +1 (248) 295-1917
- +1 (248) 434-7901
- +1 (248) 897-1640
- +1 (248) 937-0929
- +1 (313) 335-7483
- +1 (313) 434-9125
- +1 (313) 461-6389
- +1 (313) 588-7960
- +1 (313) 820-8922
- +1 (313) 952-4233
- +1 (810) 459-1659
- lilpaul313@gmail.com

Jb Old Number
JN What happens
06:54:18 am

+1 (313) 952-4233
It's on the floor
06:54:31 am

SkinnyLenny
S Wya
06:54:32 am

+1 (248) 434-7901
Wya
06:54:39 am

+1 (313) 820-8922
Wya
06:54:39 am

Tim
T Yo
06:54:51 am

Jb Old Number
JN Wya
06:54:52 am

+1 (248) 434-7901
Drop yo pin
06:54:57 am

# June 20, 2020 – PHV group chat

**Platform:** Native Messages **Name:** chat892916001965299900 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Cobbs 🤞🏾👳🏾 +1 (313) 530-2666 | Dot 💯🐐🖤 +1 (313) 452-6606 | Jb Old Number +1 (734) 489-3749 |
| Rod +1 (313) 348-9649 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| SkinnyLenny +1 (313) 574-6061 | System Message | Tim +1 (734) 639-0617 |
| Vince +1 (313) 917-3018 | +1 (248) 295-1917 | +1 (248) 434-7901 |
| +1 (248) 897-1640 | +1 (248) 937-0929 | +1 (313) 335-7483 |
| +1 (313) 434-9125 | +1 (313) 461-6389 | +1 (313) 588-7960 |
| +1 (313) 820-8922 | +1 (313) 952-4233 | +1 (810) 459-1659 |
| lilpaul313@gmail.com | | |

SG Trey
We all gone
06:55:18 am

Rod
Where y'all at
06:55:20 am

SG Trey
I'm in the whip with slam
06:55:29 am

Rod
I'm on the. Block
06:55:29 am

+1 (248) 434-7901
Otw to the hood
06:55:31 am

I'm wit Tim
06:55:37 am

+1 (313) 952-4233
Sent an attachment
Filename: CL.loc.vcf
URL: https://p29-content.icloud.com/M3B5A8487FF207312C2583E4D3FC35CE051F7F61ECCCDF6E6F199681FD4A3DB41.C01USN00
Path: ~/Library/SMS/Attachments/fe/14/at_0_F14C39CE-2EFF-4889-9A25-527A8D9CB099/CL.loc.vcf
Type: text/x-vlocation
06:55:44 am

# June 21, 2020 – Trevon Mathis conversation

**Platform:** Native Messages **Name:** +13135302666 **Timezone:** UTC+0000

Cobbs +1 (313) 530-2666
ST SG Trey +1 (586) 522-6384
ST Sg Trig +1 (313) 632-1799
SM System Message
+1 (248) 991-4327
twothree.devydev@icloud.com

Cobbs
Man niggas just got to a big ass shoot out
04:56:43 am

SG Trey
That's was us the
04:57:20 am
ST

Cobbs
Shootin?
04:58:31 am

SG Trey
Yeah
04:58:37 am
ST

Cobbs
Awh man
04:58:56 am

# June 21, 2020 – Trevon Mathis conversation

**Platform:** Native Messages **Name:** +13135302666 **Timezone:** UTC+0000

| | |
|---|---|
| Cobbs 🤞 | +1 (313) 530-2666 |
| SG Trey | +1 (586) 522-6384 |
| Sg Trig | +1 (313) 632-1799 |
| System Message | |
| | +1 (248) 991-4327 |
| | twothree.devydev@icloud.com |

Cobbs

You active
05:59:23 am

SG Trey

He'll yeah
06:10:15 am

We got off

Sent an attachment
Filename: IMG_8681.mov
URL: https://p37-content.icloud.com/MB8D1AF4F2893C4C09990F3C1B0F8C304EAE8F0C47205240E676B7A528F96DE47.C01USN00
Path: ~/Library/SMS/Attachments/b1/01/at_0_6EAA80F8-0480-442A-9C13-082D3B621ED2/IMG_8681.mov
Size: 7 MB
Type: video/quicktime
06:10:46 am

Cobbs

Y'all niggas crazy lmao
06:15:39 am

SG Trey

Mannn
06:16:06 am

# June 21, 2020 – Gilmore's Instagram conversation

**Thread** (570296384367056)
**Current** 2022-10-30 23:15:56 UTC
**Participants** __deleted__bhiebeaahcdbcchgh (Instagram: 177112104)
43.jb (Instagram: 292911621)

**Author** __deleted__bhiebeaahcdbcchgh (Instagram: 177112104)
**Sent** 2020-06-21 18:13:57 UTC
**Body** All you & your boys good after that shit last night ?

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-06-21 21:10:33 UTC
**Body** Yeah you know me and mines was front line y'all boys all good?

Meta Platforms Business Record    Page 11995

**Author**
__deleted__bhiebeaahcdbcchgh (Instagram: 177112104)
**Sent** 2020-06-21 22:37:38 UTC
**Body** Liked a message

**Author** __deleted__bhiebeaahcdbcchgh (Instagram: 177112104)
**Sent** 2020-06-21 22:37:59 UTC
**Body** Yes sir we let some shit loose fasho once we heard the first one who started that

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-06-21 23:02:18 UTC
**Body** Y'all seen who did it ?

# Transcript of August 22, 2023 post-arrest recording (Ex. 12)

**[05:07-05:36]**

- GILMORE: *They brought up the one shit again. The uh, race and shit. Do you remember being here on this day? I'm like no I don't know what you talking about. Well they was like well we know for a fact that you were there. Like Dot, McKinney, he was there. He got caught with a gun that was tied to that shooting a week later.*
- *MCINNEY: That was, that was uh,*
- *GILMORE: My Glock [U/I] fo sho did*

# February 2, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly ☝🏾 +1 (313) 551-9277 | Treyway☝🏾 +1 (586) 522-6384 |
| Trippy trey☝🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

Devy Dev

Who got that video of that night that bang out happen on puritan y'all was at
05:26:10 am

Treyway☝🏾

I do
05:26:29 am

Devy Dev

Let me see
05:26:35 am

Treyway☝🏾

15 mins
05:26:52 am

On the freeway to the crib
05:27:03 am

# February 2, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | DD Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | T Treyway🤞🏾<br>+1 (586) 522-6384 |
| TT Trippy trey🤞🏾<br>+1 (248) 739-0936 | VM Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| G glock<br>+1 (313) 539-0113 | LJ lil jay<br>+1 (313) 721-3488 | M marco<br>+1 (248) 812-6306 |
| RS rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

Devy Dev

DD Trig you never sent the video
07:17:49 pm

Treyway🤞🏾

T Sent an attachment
Filename: RPReplay_Final1592767920.mov
URL: https://p34-content.icloud.com/M47A80A7B26CD323E463800D875E60F597D0F335812B14A378D87A6268ABC5C0A.C01USN00
Path: ~/Library/SMS/Attachments/74/04/77647C65-DFF7-4BD2-8277-D45CF31E1ABA/RPReplay_Final1592767920.mov
Size: 7 MB
Type: video/quicktime
07:21:10 pm

Devy Dev

DD lol bro that shit excite me that's Best video ever
07:24:54 pm

# February 2, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | DD Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | T Treyway🤞🏾<br>+1 (586) 522-6384 |
| TT Trippy trey🤞🏾<br>+1 (248) 739-0936 | VM Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| G glock<br>+1 (313) 539-0113 | LJ lil jay<br>+1 (313) 721-3488 | M marco<br>+1 (248) 812-6306 |
| RS rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

Lil jay got ah video too
07:26:34 pm

Sent an attachment
Filename: IMG_8681.mov
URL: https://p31-content.icloud.com/M47A80A7B26CD323E463800D875E60F597D0F335812B14A378D87A6268ABC5C0A.C01USN00
Path: ~/Library/SMS/Attachments/53/03/C0FE7F28-7B46-4A66-9409-FBC83D83F368/IMG_8681.mov
Size: 7 MB
Type: video/quicktime
07:27:36 pm

This lil jay and Lenearo
07:27:36 pm

T

Lenearo was so mad 😭😭😭
07:28:18 pm

lil jay

😂😂😂
07:28:46 pm

LJ

Bro bitch behind me got popped I thought it was over
07:29:11 pm

Treyway🤞🏾

T

Them niggas shot up are rental and bill car
07:29:25 pm

# February 2, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly ☝🏾 +1 (313) 551-9277 | Treyway☝🏾 +1 (586) 522-6384 |
| Trippy trey☝🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

lil jay

It was too much shit flying from everywhere
07:29:36 pm

43

I'm surprised everybody made it out without a bullet how many shots was raining that night
07:33:57 pm

Trey started that shit
07:34:49 pm

Meek Milly ☝🏾

Man
07:34:51 pm

Treyway☝🏾

I start shit them niggas was sone hoes and was scarred
07:37:13 pm

43

Walking around with a choppa out ain't nobody pull out guns til they seen us
07:37:19 pm

That shit was funny doe😂😂
07:37:40 pm

Treyway☝🏾

Swear
07:38:01 pm

# July 13, 2021 – PHV group chat






# July 13, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾 +1 (313) 530-2666 | Dot 💯 🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/07/13

Big 4️⃣
No
05:42:42 pm

GloComa💜🤞🏾
I got some pros
05:42:45 pm

Big 4️⃣
Any state
05:42:45 pm

They gotta have ID
05:42:53 pm

Lil Jay
Need ID
05:42:54 pm

+1 (248) 991-4327
I got some heads
05:43:00 pm

Big 4️⃣
I mean we can go do them on the computer
05:43:04 pm

Come on dev we can bust down
05:43:11 pm

GloComa💜🤞🏾
Id number
05:43:14 pm

# July 13, 2021 – PHV group chat

**Platform:** Native Messages **Name:** chat486178972908743255 **Timezone:** UTC+0000

| | | |
|---|---|---|
| Big 4️⃣ +1 (213) 434-2090 | Cobbs 🤞🏾 +1 (313) 530-2666 | Dot 💯 🖤 +1 (313) 452-6606 |
| GloComa💜🤞🏾 +1 (313) 539-0113 | GloComa💜🤞🏾 +1 (313) 556-3879 | Lil Jay +1 (313) 721-3488 |
| Meek +1 (313) 551-9277 | SG Trey +1 (586) 522-6384 | Sg Trig +1 (313) 632-1799 |
| System Message | Trippy +1 (248) 739-0936 | +1 (248) 602-6299 |
| +1 (248) 991-4327 | +1 (313) 266-1210 | twothree.devydev@icloud.com |

2021/07/13

Or Id
05:43:20 pm

Lil Jay

Id
05:43:24 pm

Big 4️⃣

We can do the pros with no ID we just gotta fill the paperwork out and mail it in
05:43:49 pm

GloComa💜🤞🏾

Yeah I ain't got no id for them
05:43:58 pm

That sound like to much for me
05:44:22 pm
HAHA 1 SG Trey

Cobbs 🤞🏾

I got a head I'm waiting on this nigga to get his damn ID. Should be here this week
05:45:48 pm

# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly ☝🏾<br>+1 (313) 551-9277 | Treyway☝🏾<br>+1 (586) 522-6384 |
| Trippy trey ☝🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

marco
I got boa in hand
07:07:28 pm

43
Find boa
07:07:29 pm

Treyway☝🏾
I will
07:07:33 pm

43
Where the head at
07:07:38 pm

marco
At work
07:07:46 pm

rod sg
Why we can't just open new ones up
07:08:17 pm

marco
She get off at 2:30
07:08:59 pm

# February 22, 2022 – PHV group chat






# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23 +1 (248) 761-1342 | 43 +1 (213) 434-2090 | 43dj +1 (313) 820-6042 |
| 43dj💜 +1 (313) 205-4364 | Boom💜 +1 (909) 871-9000 | Devy Dev +1 (313) 595-5588 |
| Marco 💜 +1 (586) 328-6840 | Meek Milly 🤞🏾 +1 (313) 551-9277 | Treyway🤞🏾 +1 (586) 522-6384 |
| Trippy trey🤞🏾 +1 (248) 739-0936 | Vincent McKinney vincentvman@yahoo.com | _$!<Other>!$_ +1 (313) 452-6606 |
| glock +1 (313) 539-0113 | lil jay +1 (313) 721-3488 | marco +1 (248) 812-6306 |
| rod sg +1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

43




08:48:17 pm

marco

I got this lil boa right here I see not gone get busted
08:48:59 pm

43

Bro go jump in a car
08:49:10 pm

I told you go meet her we could've got started
08:49:20 pm

marco

😒You said u was calling n a hour just say what boa we meeting at
08:49:58 pm

43

I said I'm busting this rn go meet her
08:53:37 pm

# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | Treyway 🤞🏾<br>+1 (586) 522-6384 |
| Trippy trey 🤞🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

43

Unless you can find a place that open up
09:01:32 pm

And give card sane day
09:01:47 pm

marco

5:00 bank closed tho
09:01:57 pm

43

Nino
09:02:06 pm

And boa close at 4
09:02:10 pm

marco

I'm saying we need the bank to be open to do what we gone do?
09:02:33 pm

43

No but it's better
09:02:47 pm

# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 👆🏾<br>+1 (313) 551-9277 | Treyway👆🏾<br>+1 (586) 522-6384 |
| Trippy trey👆🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

More money get cleaned
09:02:51 pm

marco

Well she gone be at work till 2:30 tomorrow
09:03:18 pm

What time in the am jb I'll have her go to work late
09:15:01 pm

43dj💜

I just had somebody make a account they asked you can't transfer the money into a different account or u gotta have the card
09:17:50 pm

43

Gotta have card
09:37:05 pm

Hold on scams
09:37:09 pm

Finna call you when I'm done clearing
09:37:28 pm

marco

Alr
09:37:31 pm

# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| 23<br>+1 (248) 761-1342 | 43<br>+1 (213) 434-2090 | 43dj<br>+1 (313) 820-6042 |
| 43dj💜<br>+1 (313) 205-4364 | Boom💜<br>+1 (909) 871-9000 | Devy Dev<br>+1 (313) 595-5588 |
| Marco 💜<br>+1 (586) 328-6840 | Meek Milly 🤞🏾<br>+1 (313) 551-9277 | Treyway🤞🏾<br>+1 (586) 522-6384 |
| Trippy trey🤞🏾<br>+1 (248) 739-0936 | Vincent McKinney<br>vincentvman@yahoo.com | _$!<Other>!$_<br>+1 (313) 452-6606 |
| glock<br>+1 (313) 539-0113 | lil jay<br>+1 (313) 721-3488 | marco<br>+1 (248) 812-6306 |
| rod sg<br>+1 (313) 539-6267 | +1 (248) 240-2977 | +1 (313) 556-3879 |
| +1 (313) 820-8922 | +1 (832) 872-6533 | |

43

Bro please everybody open a boa
11:04:12 pm

This shit crazy
11:04:14 pm

43dj💜

Got 1 open
11:04:49 pm

Just no card yet
11:05:46 pm

43

You got card?
11:05:47 pm

Damn
11:05:50 pm

We need card that's all
11:05:53 pm

43dj💜

Fs ima keep lookin
11:06:04 pm

rod sg

How much time we got dis some today shit ?
11:06:30 pm

# February 22, 2022 – PHV group chat

**Platform:** Native Messages **Timezone:** UTC+0000

23 +1 (248) 761-1342
43 +1 (213) 434-2090
43dj +1 (313) 820-6042
43dj💜 +1 (313) 205-4364
B Boom💜 +1 (909) 871-9000
DD Devy Dev +1 (313) 595-5588
Marco 💜 +1 (586) 328-6840
Meek Milly 🤞🏾 +1 (313) 551-9277
T Treyway 🤞🏾 +1 (586) 522-6384
TT Trippy trey 🤞🏾 +1 (248) 739-0936
VM Vincent McKinney vincentvman@yahoo.com
_$!<Other>!$_ +1 (313) 452-6606
G glock +1 (313) 539-0113
LJ lil jay +1 (313) 721-3488
M marco +1 (248) 812-6306
RS rod sg +1 (313) 539-6267
+1 (248) 240-2977
+1 (313) 556-3879
+1 (313) 820-8922
+1 (832) 872-6533

marco



M 11:06:34 pm

43

Ouuuuu yopppp scams
11:06:48 pm

43dj💜

Damn scams
11:06:53 pm

43

We can do it all day!
11:07:00 pm

rod sg

RS I got one
11:07:42 pm

# May 7, 2021 – Conversation with King and Gilmore

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-05-07 04:44:28 UTC
**Body** I got one
**Share** **Date Created** Unknown

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-05-07 04:44:38 UTC
**Body** He 18 I think
**Share** **Date Created** Unknown

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-05-07 04:52:19 UTC

Meta Platforms Business Record

**Body**
Come on I'm finna bust they pua

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-05-07 06:31:31 UTC
**Body** Bet what all I need him to send

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-05-07 06:53:44 UTC
**Body** Front of D And Ssn

**Author** 43.jb (Instagram: 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)
**Sent** 2021-05-07 06:54:10 UTC
**Body** They gone have to verify they identify

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-05-08 07:05:08 UTC
**Body** You sent an attachment.
**Share** **Date Created** Unknown

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-05-08 07:08:36 UTC
**Body** Message unavailable
**Share** **Date Created** Unknown

**Author** two3.devydev (Instagram: 624042757)
**Sent** 2021-05-08 07:09:34 UTC
**Body** Standing on dat one too!!!!!

# April 6-7, 2021- Gilmore’s Instagram conversation

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-06 14:09:53 UTC
**Body** You sent a photo.
**Attachments** image-473432427139920 (473432427139920)
**Type** image/jpeg
**Size** 243597
**URL** https://interncache-ncg.fbcdn.net/v/t51.39111-15/169002547_1363209397378166_5510126329010982049_n.jpg?stp=dst-jpg_p843x403&ccb=1-6&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ncg&oh=02_ARpRh5A7V79IKPCcCuOVEyoPLbJCEHQZP5JDKvwlicgeHw&oe=62801C56

Meta Platforms Business Record Page 332

10:09
miwam.unemployment.state.mi.us

PUA

Account | Certification | Submissions | Correspondence | Cl

Chat with an Agent
Set Go Green Preference
View All Claims
Provide additional PUA Income Verification
View the MiWAM Toolkit
View Claimant Handbook
View 1099-G

Previously Certified — Definitions | Filter

1 of 3 — 1 - 20 of 45

| Week | Status |
|---|---|
| 03-Apr-2021 | Payment for $460.00 issued 04/07/2021 |
| 27-Mar-2021 | Payment for $460.00 issued 04/07/2021 |
| 20-Mar-2021 | Payment for $460.00 issued 04/07/2021 |
| 13-Mar-2021 | Payment for $460.00 issued 04/07/2021 |
| 06-Mar-2021 | Payment for $460.00 issued 04/07/2021 |
| 27-Feb-2021 | Payment for $460.00 issued 04/07/2021 |
| 20-Feb-2021 | Payment for $460.00 issued 04/07/2021 |
| 13-Feb-2021 | Payment for $460.00 issued 04/07/2021 |
| 06-Feb-2021 | Payment for $460.00 issued 04/07/2021 |
| 30-Jan-2021 | Payment for $460.00 issued 04/07/2021 |
| 23-Jan-2021 | Payment for $460.00 issued 04/07/2021 |
| 16-Jan-2021 | Payment for $460.00 issued 04/07/2021 |
| 09-Jan-2021 | Payment for $460.00 issued 04/07/2021 |

Meta Platforms Business Record Page 33208

**Photo ID** 473432427139920

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-06 14:26:06 UTC
**Body** That boy Christian posting zaytoven saying send him yo stuff

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-06 14:26:49 UTC
**Body** Oh yea he was heat for that

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-06 14:26:53 UTC
**Body** My shit paid

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-06 14:28:04 UTC
**Body** Liked a message

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-06 14:34:09 UTC
**Body** How much he charge

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 13:26:16 UTC
**Body** How much you charge to do people ppp

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 13:26:35 UTC
**Body** Or how much you charge for the answers if u do that

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 14:41:29 UTC
**Body** Mf I ain't gone charge you tf

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 14:42:37 UTC
**Body** Nigga I know▯▯▯▯ I already got approved

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 14:42:59 UTC
**Body** But how much you charge in general

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 14:49:40 UTC
**Body** Oh half ▯▯or I'll show you how to answer them and you charge whoever to do there's

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 14:51:13 UTC
**Body** Send them to me I think ik how but somebody asked me to do theirs

Meta Platforms Business Record Page 33209

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 14:51:20 UTC
**Body** And I didn't know how much to charge

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 14:53:37 UTC
**Body** I'll have to do one and send them or just talk to you when you doing them I ain't record a walk thru

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 15:04:21 UTC
**Body** Ok so you have them pay you when the money hit

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 15:12:33 UTC
**Body** Yeah

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 15:19:15 UTC
**Body** ima only do ppl ik fr cause mfs gone try to run off lmaooo

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 17:19:16 UTC
**Body** So you just suppose to expect them to pay you when they money hit ▯▯

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 17:22:23 UTC
**Body** No I know they gone pay me ▯▯a lot of people don't try to play wit me

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 17:22:36 UTC
**Body** I gotta log in to they account somebody run off on me it ain't hard to find them

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 17:23:42 UTC
**Body** Lmfaooo ohhh ok ok so u get the login info

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 17:26:50 UTC
**Body** Yeah you got too to push the account thru

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 17:46:33 UTC
**Body** Send me everything to do when you can so I can make sure

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-04-07 18:36:02 UTC
**Body** I gotchu

**Author** itsjanaechanel (Instagram: 9995427727)
**Sent** 2021-04-07 20:28:48 UTC
**Body** I actually think ik how to do the application but you can put 90k right?

**Author** itsjanaechanel (Instagram: 9995427727)

# July 29, 2020 – Gilmore’s Instagram conversation

**Thread** (591643038899057)
**Current** 2022-07-05 22:25:27 UTC
**Participants** 23boog_g (Instagram: 8512015217)
43.jb (Instagram: 292911621)

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-06-24 04:48:34 UTC
**Body** □□□□□□□□



**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-06-24 11:47:51 UTC
**Body** □□

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-07-29 05:30:43 UTC
**Body** Hm for that shit

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-07-29 16:39:53 UTC
**Body** How much of it

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-07-29 16:40:22 UTC
**Body** QP

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-11-02 04:30:03 UTC
**Body** Damn fwm btc

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-02 04:30:32 UTC
**Body** Lmao I was not lying bro I can't give this out free

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-11-02 04:30:47 UTC
**Body** Damn can I bless u on the back end

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-02 04:34:32 UTC
**Body** I need something upfront Brody I can't lie

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-11-02 04:39:53 UTC
**Body** What is it about

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-11-02 04:40:00 UTC
**Body** Is it ah state

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-02 04:40:11 UTC
**Body** Lmao bitch sauce

**Author** 23boog_g (Instagram: 8512015217)
**Sent** 2020-11-02 04:40:29 UTC
**Body** Is it unemployment?

**Author** 43.jb (Instagram: 292911621)
**Sent** 2020-11-02 04:44:57 UTC
**Body** Yessir

# March 20, 2021 – Gilmore's Instagram conversation

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-20 02:43:26 UTC
**Body** Who needs zas down there

**Author** otw.peso (Instagram: 1230230975)
**Sent** 2021-03-20 02:44:13 UTC
**Body** Za?

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-20 02:44:19 UTC
**Body** Yea

**Author** otw.peso (Instagram: 1230230975)
**Sent** 2021-03-20 02:55:53 UTC
**Body** Wats the prices n kinda za

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-20 03:10:01 UTC
**Body** White truffle 300/zip

**Author** otw.peso (Instagram: 1230230975)
**Sent** 2021-03-20 10:06:23 UTC
**Body** Bet imma let u kno sum

**Author** otw.peso (Instagram: 1230230975)
**Sent** 2021-03-20 11:55:24 UTC
**Body** Wat u want for a qp

**Author** 43.jb (Instagram: 292911621)
**Sent** 2021-03-20 19:01:57 UTC
**Body** 1250